UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARAB BANK (SWITZERLAND) LTD.,

    Plaintiff,
-against-

SEA MASTER SHIPPING INC.,
    In Personam,

and

M/V "SEA MASTER", her engines, rigging, equipment and appurtenances, etc.
    In Rem,

    Defendants.

17 CV 469 (WWE)

**ORDER DIRECTING CLERK TO ISSUE WARRANT FOR ARREST IN ACTION IN REM**

Upon reading the Verified Complaint of Arab Bank (Switzerland) Ltd., and the court having found that the conditions for an action *in rem* under Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure appear to exist, it is hereby

ORDERED that the Clerk of the Court is authorized and directed to issue a warrant for arrest in an action *in rem* in the form attached hereto, and it is further

ORDERED that the United States Marshals Service is authorized to take all necessary steps, using whatever force necessary, to arrest the M/V SEA MASTER, and it is further

ORDERED that a copy of this order be attached to and served with the said warrant.

Dated: Bridgeport, Connecticut

    March 22, 2017

                      /s/Warren W. Eginton
                      Warren W. Eginton
                      Senior United States District Judge