**WARRANT FOR ARREST IN ACTION IN REM**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) SS. | 17cv469 (NWE) |
| DISTRICT OF CONNECTICUT ) | Case Number |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the District of Connecticut – GREETINGS:

   Whereas a Verified Complaint has been filed in the United States District Court for the District of Connecticut on the _____ day of March, 2017 by

   Arab Bank,

           Plaintiff,

       -against-

   M/V SEA MASTER, her engines, tackle and appurtenances, *in rem*,

           Defendant,

upon an admiralty and maritime claim for $2,155,347.00, plus interest, costs and attorneys' fees, for the reasons and causes set forth in the Verified Complaint mentioned praying for process of warrant for the arrest of the M/V SEA MASTER and her appurtenances and that all persons interested in the said Vessel and her appurtenances be cited in general and special to answer the premises, and all proceedings being had, that the said Vessel and her appurtenances may for the causes mentioned in the Verified Complaint be condemned and sold to pay the demands of the above-named plaintiffs.

   You are therefore hereby commanded to arrest said Vessel and her appurtenances and detain her until further order of the Court respecting the same and to give due notice to all persons claiming the same, or knowing or having anything to say why the same should not be condemned and sold pursuant to the prayer of the said Verified Complaint, that they must file their Verified Statement of Right or Interest with the Clerk of this Court within 10 days after the execution of this process or within such additional time as may be allowed by the Court and must serve their answers within 20 days after the filing of their Verified Statement of Right or Interest, and that you promptly after execution of this process file the same in Court with your return thereon. The United States Marshals Service is authorized to take all necessary steps, including using whatever force necessary, to arrest the M/V SEA MASTER. The M/V SEA MASTER shall not be prohibited from continuing cargo discharge or loading operations during the arrest.

   WITNESS, The Honorable Janet C. Hall, Chief Judge of said Court, this 22 day of March, 2017.

                           Robin D. Tabora
                           Clerk of Court

           By:     /s/ Judy Fazekas
                           Deputy Clerk

Attorneys for the Plaintiff
Mavronicolas PC
850 Canal St. 3rd Floor
Stamford, CT 06902

**NOTE:** *A person who asserts a right of possession or ownership interest in the arrested property is required to file a Verified Statement of Right or Interest in the Clerk's office and to answer or except to said Verified Complaint within the times above fixed; otherwise the Plaintiff may enter an Interlocutory or Final Judgment as may be proper.*

This Warrant is issued pursuant to Rule C(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.