UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARAB BANK (SWITZERLAND) LTD., | 17 CV 469 (WWE) |
| Plaintiff, | IN ADMIRALTY |
| -against- | |
| SEA MASTER SHIPPING INC., In Personam, | **VERIFIED COMPLAINT** |
| and | |
| M/V "SEA MASTER", her engines, rigging, equipment and appurtenances, etc. In Rem, | |
| Defendants. | |

Plaintiff, Arab Bank (Switzerland) Ltd. ("ARAB BANK"), as and for its Verified Complaint against Defendants Sea Master Shipping Inc. ("SEA MASTER SHIPPING") and the M/V "SEA MASTER" ("Vessel" or "M/V SEA MASTER"), by its attorneys, alleges as follows:

**Jurisdiction**

1.      This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Plaintiff invokes the maritime procedures specified in Rule 9(h), including Rules C and B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  This case also falls under this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. §1333 and the Court's federal question jurisdiction pursuant to 28 U.S.C. §1331. Federal jurisdiction also exists because the action arises under the New York