UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARAB BANK (SWITZERLAND) LTD., | 17 CV 469 (WWE) |
| Plaintiff, | IN ADMIRALTY |
| -against- | |
| SEA MASTER SHIPPING INC., In Personam, | **RULE 7.1 DISCLOSURE** |
| and | |
| M/V "SEA MASTER", her engines, rigging, equipment and appurtenances, etc. In Rem, | |
| Defendants. | |

Pursuant to F.R.Civ.P. 7.1, Plaintiff identifies the following as a publicly-held parent corporation or a publicly-held corporation owning 10% or more of Plaintiff's stock:

NONE.

Dated: New York, New York
March 22, 2017

                                    MAVRONICOLAS P.C.
                                    Attorneys for Plaintiff
                                    Arab Bank (Switzerland) Ltd.

                By:   /s/ Anthony J. Mavronicolas
                        Anthony J. Mavronicolas
                        850 Canal St. 3rd Floor
                        Stamford, CT 06902
                        Tel: 203-314-4737
                        Fax: 866-774-9005
                        amavronicolas@mavrolaw.com