132-17/PJG
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------x

ARAB BANK (SWITZERLAND) LTD.,

    Plaintiff,

    - against -

SEA MASTER SHIPPING, INC.,
    In Personam

    and

M/V "SEA MASTER", her engines, rigging,
 equipment and appurtenances, etc.
    In Rem

    Defendants.
------------------------------------------------------------x

17 Civ. 469 (WWE)

**RESTRICTED APPEARANCE AND VERIFIED CLAIM OF OWNER PURSUANT TO SUPPLEMENTAL ADMIRALTY RULES C(6) AND E(8)**

    Pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules"), SEA MASTER SHIPPING, INC, as claimant, now appears and makes claim to the M/V SEA MASTER, as Owner (hereinafter "SEA MASTER", Claimant" or "Owner""), pursuant to Rule C(6) of the Supplemental Rules, for the sole purpose of defending the *in rem* claims asserted by Plaintiff in this action, and for the purposes of securing counter security in respect to the damages and losses suffered by Claimant arising from the transactions and occurrences referenced in the complaint.

    Claimant avers that it was at the time of the filing of the complaint herein and still is the true and bona fide Owner of the M/V SEA MASTER and that no other person is the owner thereof.

464828.1

Wherefore Claimant prays to defend accordingly.

Dated: New York, New York
March 24, 2017

                              FREEHILL, HOGAN & MAHAR LLP
                              Attorneys for the Owner of the
                              M/V SEA MASTER

                              By: _____
                                 Thomas M. Canevari, Esq.
                                 *canevari@freehill.com*
                                Peter J. Gutowski
                                *gutowski@freehill.com*
                                (*pro hac vice* admission pending)
                                80 Pine Street, 24th Floor
                                New York, NY 10005-1759
                                (212) 425-1900 (T) / (212-425-1901 (F)

*Local office:*
FREEHILL, HOGAN & MAHAR LLP
246 Margherita Lawn
Startford, CT. 06615
(203) 921-1913


TO:    MAVRONICOLAS P.C.
        Attorneys for Plaintiff
        850- Canal St. 3rd. Floor
        Stamford, CT. 06902
        Tel: 203 314-4737
        Fax: 866-744-9005
        Attn:   Anthony J. Mavronicolas, Esq.
                 Peter Dee, Esq.

## ATTORNEY VERIFICATION

STATE OF NEW YORK     )
                                            ) ss.:
COUNTY OF NEW YORK )

Thomas J. Canevari, being duly sworn, deposes and says:

1. I am the attorney for the Claimant / Owner in the instant action.

2. I have read the foregoing Verified Claim of Owner and the same is true as to my knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

3. The grounds of my belief as to all matters herein stated are information and belief are derived from conversations with Claimant's representatives and from correspondence received from them concerning the matter set forth.

_____
Thomas J. Canevari

Sworn to before me this
24th day of March 24, 2017

_____
Notary Public

ANNETTE CARRUBBA
Notary Public, State of New York
No. 01CA4684574
Qualified in Kings County
Cerificate Filed in New York County
Commission Expires April 30, 20/18

3

464828.1