132-17/PJG

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------x

ARAB BANK (SWITZERLAND) LTD.,

    Plaintiff,

- against -

SEA MASTER SHIPPING, INC.,
   In Personam

and

M/V "SEA MASTER", her engines, rigging,
equipment and appurtenances, etc.
   In Rem

    Defendants.
------------------------------------------------------------x

17 Civ. 469 (WWE)

**NOTICE OF EMERGENCY APPLICATION FOR AN ORDER COMPELLING THE POSTING OF COUNTERSECURITY UNDER RULE E (7), OR VACATUR OF THE VESSEL'S ARREST**

**PLEASE TAKE NOTICE** that pursuant to Rules E(4)(f) and E(7)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules"), and upon the accompanying Marinakis Declaration, the Exhibits annexed thereto, the accompanying Memorandum of Law in Support of Countersecurity, the Answer and Counterclaim previously filed with the Court, and the pleadings and proceedings heretofore had herein, the Defendants, including Sea Master Shipping Inc., as claimant to the vessel and as counter-claimant against the Plaintiff, will move the Court at a time and place to be established by the Court ***and at the Court's earliest possible convenient opportunity***

464874.1

(given that the vessel has completed cargo operations in Connecticut and is otherwise available to sail upon resolution of the issues raised by this emergency application) for an Order directing the Plaintiff to immediately post countersecurity in the total sum of $2,792,446.68, failing which the arrest be vacated, and for other relief as the Court may deem appropriate in the circumstances.

Dated: New York, New York
       March 27, 2017

FREEHILL, HOGAN & MAHAR LLP
Attorneys for the Defendants

By: _____
Peter J. Gutowski
*gutowski@freehill.com*
Thomas M. Canevari, Esq.
*canevari@freehill.com*
80 Pine Street, 24th Floor
New York, NY 10005-1759
(212) 425-1900 (T)
(212-425-1901 (F)

*Local office:*
246 Margherita Lawn
Startford, CT. 06615
(203) 921-1913

TO:   MAVRONICOLAS P.C.
       Attorneys for Plaintiff
       850- Canal St. 3rd. Floor
       Stamford, CT. 06902
       Tel: 203 314-4737
       Fax: 866-744-9005
       Attn:  Anthony J. Mavronicolas, Esq.
              Peter Dee, Esq.
       VIA ECF

464874.1