# EXHIBIT 4

**Marinakis Chartering, Inc.**
39 Broadway
New York, NY 10006
Phone:(212) 483-0340 - Fax: (212) 344-9057
E-Mail: info@marinachart.com

## FREIGHT INVOICE

| | | | | |
|---|---|---|---|---|
| Invoice to: | AGRIBUSINESS UNITED DMCC | | Invoice Date: | 3/22/2017 |
| c/o | Cabot Shipping Ltd. | | Vessel: | Sea Master |
| Address: | 1 St. Mark Street | | Invoice No. | SEAM 023 |
| City/State: | London     E1 8DJ | | C/P Date | 4/25/2016 |
| Country: | U.K. | | | |

| | Quantity | Description | Freight Rate | Total |
|---|---|---|---|---|
| **Due Owners** | | | | |
| Cargo Quantity: | 40,696.515 | MT @ USD | $ 26.50 | $ 1,078,457.65 |
| Oran Freight | 40,696.515 | MT @ USD | $ 2.00 | $ 81,393.03 |
| Lebanon Freight | | | | $ 140,000.00 |
| | | | | |
| Demurrage at Load: Upriver | 47.37321 | Days | $ 8,750.00 | $ 414,515.59 |
| Demurrage at Disch:   As of Nov 15, '16 | 102.63639 | | $ 8,750.00 | $ 898,068.45 |
| Demurrage at Disch:   Tripoli Feb 20 '17 | 83.61458 | | $ 8,750.00 | $ 731,627.60 |
| Port expenses for Charterers account | | | | $ 82,374.00 |
| Consumption of Diesel | | | | $ 8,154.80 |
| | | **Total due Owners** | | $ 3,434,591.12 |
| | | | | |
| **LESS** | | | | |
| Commission Of: | 3.75% | Address | | $ 128,797.17 |
| Freight Advances | | 7/7/2016 | | $ 335,343.75 |
| Freight Advances | | 7/12/2016 | | $ 639,464.96 |
| Freight Advances | | 9/6/2016 | | $ 274,000.00 |
| Freight Advances | | 9/23/2016 | | $ 200,000.00 |
| Freight Advances | | 11/18/2016 | | $ 300,000.00 |
| Delivered to Master in cash | | 2/1/2017 | | $ 5,000.00 |
| Delivered to Master in cash | | 2/3/2017 | | $ 5,000.00 |
| From Receivers on Acct of demmurage | | 2/21/2017 | | $ 50,000.00 |
| | | **Total Deductions** | | $ 1,937,605.88 |
| | | **Due Owners** | | **$ 1,496,985.24** |

Kindly, be sure to reference "MV SEA MASTER - Freight" on your remittance advise.

**Please remit to:**
JP Morgan Chase Bank NA
1 Chase Manhattan Plaza
New York, NY 10081

| | |
|---|---|
| Beneficiary: | Marinakis Chartering, Inc., Agency Account |
| Beneficiary Address: | 39 Broadway, Suite 1810 New York, NY 10006 |
| Account No.: | 232-1-403079 |
| SWIFT Code: | CHASUS33 |
| Routing No: | 021000021 |

Marinakis Chartering, Inc.
Markos K. Marinakis
PRESIDENT