UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------x

ARAB BANK (SWITZERLAND) LTD.,

                Plaintiff,                      17 Civ. 469 (WWE)

- against –

SEA MASTER SHIPPING INC.,                   **RULE 7.1**
    In Personam                                        **DISCLOSURE STATEMENT**

    and

M/V "SEA MASTER", her engines, rigging,
 equipment and appurtenances, etc.
    In Rem

                Defendants.
-----------------------------------------------------------------x

      Pursuant to F.R.Civ.P. 7.1, Plaintiff identifies the following as a publicly-held parent corporation or a publicly-held corporation owning 10% or more of Defendant's stock:

NONE.

                                             FREEHILL HOGAN & MAHAR LLP
                                             Attorneys for Defendants
                                             SEA MASTER SHIPPING
                                             M/V "SEA MASTER"

          By:     _____
                                             Peter J. Gutowski
                                           80 Pine Street
                                           New York, NY  10005
                                           Phone:  (212) 425-1900
                                           Fax:  (212) 425-1901
                                           Email:  gutowski@freehill.com