**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ARAB BANK (SWITZERLAND) LTD. | 3:17CV469(WWE) |
| DEFENDANT | TYPE OF PROCESS |
| SEA MASTER SHIPPING INC. AND M/V SEA MASTER | Order and Warrant for Arrest, Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V SEAMASTER, at berth or at anchor at the New London State Pier
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
200 State Pier Road, New London, CT 06320

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Anthony J. Mavronicolas
Mavronicolas P.C.
850 Canal St. 3rd Floor
Stamford, CT 06902

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

New London State Pier: 860-444-1329, contacts Rudy D'Ambrosio 203-469-1318, mobile: 203-314-4737

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT
TELEPHONE NUMBER: 203-327-9584 / 212-253-6040
DATE: 3/21/17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 14
District to Serve No. 14
Signature of Authorized USMS Deputy or Clerk
Date: 3/22/17

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
MICHOS GEORGIOS  CAPT OF M/V SEAMASTER

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
200 STATE PIER RD
NEW LONDON CT 06320

Date: 3/22/17   Time: 18:30 pm
Signature of U.S. Marshal or Deputy   # 0098

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $390.00 | $103.68 | | $493.68 | $3000.00 | $0.00 |

PAID 3/22/17

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13