

De : Abbas Taha [mailto:TAbbas@arabbank.ch]
Envoyé : lundi 22 août 2016 11:45
À : 'agemafric' <agemafric@agemafric.ma>
Cc : Culliford Patrick <PCulliford@arabbank.ch>; Colonna Damien <DColonna@arabbank.ch>
Objet : RE: MV SEA MASTER at Casablanca Port
Importance : Haute

Dear Zakaria

Soybean meal is destination Algeria. Will not be discharged in Maroc.

Again, the Corn quantity we have is not reconciling with what you are showing. Total BL quantity was 26'698Mt – can you please re-check from your side?

No further corn discharge is permitted for now – please advise the Captain and ground staff.

Kind Regards



TAHA ABBAS | RELATIONSHIP MANAGER | COMMODITIES & TRADE FINANCE
D +41 22 715 12 68 | M +41 79 571 08 81 | SWIFT ARBSCHZZXXX
abt@arabbank.ch

ARAB BANK (SWITZERLAND) LTD
GENEVA HEAD OFFICE | PLACE DE LONGEMALLE 10-12 P.O. BOX 3575 CH-1211 GENEVA 3
T +41 22 715 12 11 | F +41 22 715 12 80 | WWW.ARABBANK.CH

---

De : AGEMAFRIC [mailto:info@agemafric.ma]
Envoyé : samedi 6 août 2016 01:20
À : Abbas Taha
Cc : Culliford Patrick; Colonna Damien
Objet : Re: MV SEA MASTER at Casablanca Port

Dear Taha,

The discharge rate is varying between 2000 and 3500 mts if having enough truck available.
Pls note that Master do cooperate with us verbally only and refused to communicate us copy of the LoI.
We have no way to press on Master/Owners or obstruct the discharging operations.

Best regards

Zakaria TAZI


Agence Maritime Africaine de l'Atlantique

**AGEMAFRIC**

address: 44 Avenue des Forces Armées Royales

Casablanca Morocco

☎Tel : +212 522 31 73 36

📠Fax : +212 522 31 07 74

📱Mob: +212 661 09 29 95

Email: agemafric@agemafric.ma / info@agemafric.ma


De : Abbas Taha <TAbbas@arabbank.ch>
Date : vendredi 5 août 2016 15:02
À : CCI AGEMAFRIC <info@agemafric.ma>
Cc : Culliford Patrick <PCulliford@arabbank.ch>, Colonna Damien <DColonna@arabbank.ch>
Objet : RE: MV SEA MASTER at Casablanca Port

Dear Zakaria

We have not had any requests and are not accepting any more than 1000mt discharge of the corn. Can you please tell me what the discharge rate will be for this product per day?

Can you advise the captain our position please.

ARAB BANK (SWITZERLAND) LTD.
GENEVA HEAD OFFICE: PLACE DE LONGEMALLE 10-12 • P.O. BOX 3575 • CH-1211 GENEVA 3 • T +41 22 715 12 11 • F +41 22 715 13 11
ZURICH BRANCH: CLARIDENSTRASSE 26 • P.O. BOX 2023 • CH-8022 ZURICH • T +41 44 265 71 11 • F +41 44 265 73 30

1 of 4



Cc: Culliford Patrick; Colonna Damien
Subject: RE: MV SEA MASTER at Casablanca Port

Dear Sirs,

Good day,

Pls note vsl dischg on Aug 22nd during 1st shift abt. 1 084.32 mts maize + 1901.00 mts during 02nd shift
Total balance dischg value Aug. 23rd at 07h00 abt. 18 931.32 mts maize
Remaining cargo to dischg abt. 5 065.68 mts

Vsl resumed dischg oprs of the parcel of maize on Aug.23rd --- 01st shift --- with 1 gang.

Etc&s agw on Aug. 24th to confirm.

Keep yu further posted.

Best regards
Khadija Ait Mbarek / Agency dept

Agence Maritime Africaine de l'Atlantique
       AGEMAFRIC « head office »
address: 44 Avenue des Forces Armées Royales
   Casablanca Postal code 20 000
 Morocco
☎ Tel :+212 522 31 73 36 / 31 72 58
☎ Hotline :+212 522 74 86 43
📠 Fax :+212 522 31 07 74
PIC Mr Zakaria TAZI
MOB +212 661 09 29 95
Email: info@agemafric.ma / agemafric@agemafric.ma
LT GMT+1

---

De : agemafric [mailto:agemafric@agemafric.ma]
Envoyé : lundi 22 août 2016 11:49
À : 'Abbas Taha'
Cc : 'Culliford Patrick'; 'Colonna Damien'
Objet : RE: MV SEA MASTER at Casablanca Port

Dear Taha,

Gd day,

As per Master's info a quantity of 2 700 mts Corn has been discharged at Agadir Port.

ARAB BANK (SWITZERLAND) LTD.
GENEVA HEAD OFFICE: PLACE DE LONGEMALLE 10-12 • P.O. BOX 3575 • CH-1211 GENEVA 3 • T +41 22 715 12 11 • F +41 22 715 15 11
ZURICH BRANCH: CLARIDENSTRASSE 26 • P.O. BOX 2023 • CH-8022 ZURICH • T +41 44 265 71 11 • F +41 44 265 73 30



**From:** Agemafric@agemafric.ma
**Sent:** Dienstag, 23. August 2016 11:54:25
**To:** Abbas Taha
**Cc:** Culliford Patrick; Colonna Damien
**Subject:** RE: MV SEA MASTER at Casablanca Port

Good day,

Thanks for blw, duly noted.
Coordinating with master.

Best regards
Khadija Ait Mbarek / Agency dept

Agence Maritime Africaine de l'Atlantique
    AGEMAFRIC « head office »
address: 44 Avenue des Forces Armées Royales
    Casablanca Postal code 20 000
    Morocco
☎ Tel  : +212 522 31 73 36 / 31 72 58
☎ Hotline : +212 522 74 86 43
📠 Fax : +212 522 31 07 74
PIC Mr Zakaria TAZI
MOB +212 661 09 29 95
Email: info@agemafric.ma / agemafric@agemafric.ma
LT GMT+1

---

**De :** Abbas Taha [mailto:TAbbas@arabbank.ch]
**Envoyé :** mardi 23 août 2016 12:28
**À :** 'Agemafric@agemafric.ma'
**Cc :** Culliford Patrick; Colonna Damien
**Objet :** RE: MV SEA MASTER at Casablanca Port

Dear Khadija

Can you please inform the captain no discharge permitted!

Thanks



TAHA ABBAS | RELATIONSHIP MANAGER | COMMODITIES & TRADE FINANCE
D +41 22 715 12 68 | M +41 79 571 08 81 | SWIFT ARBSCHZZXXX
abt@arabbank.ch

ARAB BANK (SWITZERLAND) LTD
GENEVA HEAD OFFICE | PLACE DE LONGEMALLE 10-12, P.O. BOX 3575, CH-1211 GENEVA 3
T +41 22 715 12 11 | F +41 22 715 12 80 | WWW.ARABBANK.CH

---

**From:** Agemafric@agemafric.ma [mailto:agemafric@agemafric.ma]
**Sent:** Tuesday, 23.August 2016 13:26
**To:** Abbas Taha
**Cc:** Culliford Patrick; Colonna Damien

ARAB BANK (SWITZERLAND) LTD.
GENEVA HEAD OFFICE: PLACE DE LONGEMALLE 10-12 • P.O. BOX 3575 • CH-1211 GENEVA 3 • T +41 22 715 12 11 • F +41 22 715 13 11
ZURICH BRANCH: CLARIDENSTRASSE 26 • P.O. BOX 2023 • CH-8022 ZURICH • T +41 44 265 71 11 • F +41 44 265 73 30

3 of 4



COMMUNICATION WITH PROTECTIVE AGENT

From: Abbas Taha
Sent: Wednesday, 24.August 2016 15:54
To: 'Agemafric@agemafric.ma'
Cc: Culliford Patrick
Subject: RE: MV SEA MASTER at Casablanca Port

Dear Khadija

can you please confirm no further discharge and 5000MT remains on board. Is the captain aware no further discharge permitted?

thanks



TAHA ABBAS | RELATIONSHIP MANAGER | COMMODITIES & TRADE FINANCE
D +41 22 715 12 68 | M +41 79 671 06 81 | SWIFT ARBSCHZZXXX
abt@arabbank.ch

ARAB BANK (SWITZERLAND) LTD.
GENEVA HEAD OFFICE | PLACE DE LONGEMALLE 10-12, P.O. BOX 3575, CH-1211 GENEVA 3
T +41 22 715 12 11 | F +41 22 715 12 80 | WWW.ARABBANK.CH

From: Agemafric@agemafric.ma [mailto:agemafric@agemafric.ma]
Sent: Tuesday, 23.August 2016 15:32
To: Abbas Taha
Cc: Culliford Patrick; Colonna Damien
Subject: RE: MV SEA MASTER at Casablanca Port

Dear Sirs,

Pls be advised tt sub vsl stopped dischg oprs at 12h30lt . Actually on shifting maneuvering to pier n°24 to allow berthing of grain vsl at silos.

Shall revert & keep yu posted with developments.


Best regards
Khadija Ait Mbarek / Agency dept

Agence Maritime Africaine de l'Atlantique
        AGEMAFRIC « head office »
address: 44 Avenue des Forces Armées Royales

ARAB BANK (SWITZERLAND) LTD.
GENEVA HEAD OFFICE: PLACE DE LONGEMALLE 10-12 • P.O. BOX 3575 • CH-1211 GENEVA 3 • T +41 22 715 12 11 • F +41 22 715 13 11
ZURICH BRANCH: CLARIDENSTRASSE 26 • P.O. BOX 2023 • CH-8022 ZURICH • T +41 44 265 71 11 • F +41 44 265 73 30