

**INVOICE:** AGBZ1149
CONTRACT : CORN / AGRIBUSINESS UNITED AFRIQUE

June 22, 2016

| AGRIBUSINESS UNITED AFRIQUE |
|---|
| ANGLE BD YACOUB EL MANSOUR & YOUSSEF IBN TACHAFINE, PARC PLAZA, IMM I2, 4éme ETAGE, BUREAU NO 8, MOHAMMEDIA, MOROCCO |

GOODS DESCRIPTION : ARGENTINE CORN GRADE NO. 2 OR BETTER IN BULK
GOODS ORIGIN   : ARGENTINA
VESSEL :       MV SEA MASTER    IMO #:   9558411
               FROM             ROSARIO (PUNTA ALVEAR BERTH), ARGENTINA
               TO               CASABLANCA, MOROCCO
SHIPPED :      June 22, 2016    B/L REF:  1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FOB | 1 000,000 | MTONS AT | | USD | 156,00 | PMT, | USD 156 000,00 |
| FREIGHT | 1 000,000 | MTONS AT | | USD | 44,00 | PMT, | USD 44 000,00 |
| **CFR** | **1 000,000** | **MTONS AT** | **( +/-3% )** | **USD** | **200,00** | **PMT,** | **USD 200 000,00** |

**PAYMENT TERMS :**
CASH AGAINST DOCUMENTS AT SIGHT

**PLEASE PRESENT AT**
  ATTIJARIWAFA BANK
  BANK ADDRESS  : SUCCURSALE MOHAMMEDIA, AVENUE HASSAN II, MOHAMMEDIA
  CONTACT PERSON: Ms AMAL
  CONTACT NUMBER: +212 536 70 92 43

**BANKING INSTRUCTIONS:**
ACCOUNT NAME   :  AGRIBUSINESS UNITED DMCC
BANK NAME      :  ARAB BANK (SWITZERLAND) LTD
ACCOUNT NUMBER:   10.710500.0 (USD)
SWIFT CODE     :  ARBSCHZZXXX
IBAN           :  CH6808719107105000000
BY THE INTERMEDIARY
OF BANK        :  CITIBANK NA, NEWYORK
SWIFT CODE     :  CITI US 33
ACCOUNT NUMBER:   36330845

**PLEASE REMIT :**

*TWO HUNDRED     THOUSANDS     UNITED STATES DOLLARS*

Conditions: If the account is not paid within given payment terms, purchaser agrees to pay interest on the balance due at the rate of 0.02% PER DAY (8% annually) until the account is paid in full.

اجريبيزنس يونايتد م د م م م، وحدة رقم ٧٢٠٣، صبا ١، أرض رقم بي ٣٠ أبراج بحيرات الجميرا، دبي، الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC, UNIT NO. 7203, SABA 1, PLOT NO. 53 JUMEIRAH LAKES TOWERS - PO BOX 61611 DUBAI UAE PHONE (+971) 4-4356034 FAX (+971) 4-4365031 E-MAIL accounts@agribiz.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

MEMBER OF FOLLOWING ORGANIZATIONS

FOSFA INTERNATIONAL        Gafta        NGFA



**INVOICE:** AGBZ1150
CONTRACT : CORN / AGRIBUSINESS UNITED AFRIQUE

June 22, 2016

> AGRIBUSINESS UNITED AFRIQUE
> ANGLE BD YACOUB EL MANSOUR & YOUSSEF IBN TACHAFINE,
> PARC PLAZA, IMM I2, 4éme ETAGE, BUREAU NO 8,
> MOHAMMEDIA, MOROCCO

```
GOODS DESCRIPTION : ARGENTINE CORN GRADE NO. 2 OR BETTER IN BULK
GOODS ORIGIN    : ARGENTINA
     VESSEL :    MV SEA MASTER     IMO #:    9558411
                 FROM              ROSARIO (PUNTA ALVEAR BERTH), ARGENTINA
                 TO                CASABLANCA, MOROCCO
SHIPPED :        June 22, 2016     B/L REF:  2

FOB              5 400,000         MTONS AT              USD    156,00  PMT,    USD     842 400,00
FREIGHT          5 400,000         MTONS AT              USD     44,00  PMT,    USD     237 600,00
CFR              5 400,000         MTONS AT  ( +/-3% )   USD    200,00  PMT,    USD   1 080 000,00
```

**PAYMENT TERMS :**
CASH AGAINST DOCUMENTS AT SIGHT

**PLEASE PRESENT AT**

ATTIJARIWAFA BANK
BANK ADDRESS   : SUCCURSALE MOHAMMEDIA, AVENUE HASSAN II, MOHAMMEDIA
CONTACT PERSON: Ms AMAL
CONTACT NUMBER: +212 536 70 92 43

**BANKING INSTRUCTIONS:**
ACCOUNT NAME   :  **AGRIBUSINESS UNITED DMCC**
BANK NAME      :  ARAB BANK (SWITZERLAND) LTD
ACCOUNT NUMBER:   10.710500.0 (USD)
SWIFT CODE     :  ARBSCHZZXXX
IBAN           :  CH6808719107105000000
BY THE INTERMEDIARY
OF BANK        :  CITIBANK NA, NEWYORK
SWIFT CODE     :  CITI US 33
ACCOUNT NUMBER:   36330845

**PLEASE REMIT :**

*ONE MILLION    EIGHTY   THOUSANDS     UNITED STATES DOLLARS*

Conditions: If the account is not paid within given payment terms, purchaser agrees to pay interest on the balance due at the rate of 0.02% PER DAY (8% annually) until the account is paid in full.

AGRIBUSINESS UNITED DMCC, UNIT NO. 2703, BABA 1, PLOT NO. 83 JUMEIRAH LAKES TOWERS - PO BOX 41611 DUBAI UAE PHONE (+971) 4-4356654 FAX (+971) 4-4356351 E-MAIL Accounts@agribiz.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

FOSFA        Gafta          NGFA



**INVOICE:** AGBZ1151
CONTRACT : CORN / AGRIBUSINESS UNITED AFRIQUE

June 22, 2016

> AGRIBUSINESS UNITED AFRIQUE
> ANGLE BD YACOUB EL MANSOUR & YOUSSEF IBN TACHAFINE,
> PARC PLAZA, IMM I2, 4éme ETAGE, BUREAU NO 8,
> MOHAMMEDIA, MOROCCO

```
GOODS DESCRIPTION : ARGENTINE CORN GRADE NO. 2 OR BETTER IN BULK
GOODS ORIGIN     : ARGENTINA
P   VESSEL      : MV SEA MASTER      IMO #:   9558411
                   FROM               ROSARIO (PUNTA ALVEAR BERTH), ARGENTINA
                   TO                 CASABLANCA/JORF
SHIPPED         : June 22, 2016      B/L REF:  3

FOB            5 400,000   MTONS AT              USD   156,00  PMT,    USD     842 400,00
FREIGHT        5 400,000   MTONS AT              USD    44,00  PMT,    USD     237 600,00
CFR            5 400,000   MTONS AT ( +/-3% )    USD   200,00  PMT,    USD   1 080 000,00
```

**PAYMENT TERMS :**
CASH AGAINST DOCUMENTS AT SIGHT

**PLEASE PRESENT AT**

ATTIJARIWAFA BANK
BANK ADDRESS  : SUCCURSALE MOHAMMEDIA, AVENUE HASSAN II, MOHAMMEDIA
CONTACT PERSON: Ms AMAL
CONTACT NUMBER: +212 536 70 92 43

**BANKING INSTRUCTIONS:**
ACCOUNT NAME    :  AGRIBUSINESS UNITED DMCC
BANK NAME       :  ARAB BANK (SWITZERLAND) LTD
ACCOUNT NUMBER:    10.710500.0 (USD)
S   T CODE      :  ARBSCHZZXXX
I               :  CH6808719107105000000
BY THE INTERMEDIARY
OF BANK         :  CITIBANK NA, NEWYORK
SWIFT CODE      :  CITI US 33
ACCOUNT NUMBER:    36330845

PLEASE REMIT :

> ONE MILLION   EIGHTY   THOUSANDS    UNITED STATES DOLLARS

Conditions: If the account is not paid within given payment terms, purchaser agrees to pay interest on the balance due at the rate of 0.02% PER DAY (8% annually) until the account is paid in full.

AGRIBUSINESS UNITED DMCC, UNIT NO 2203, BABA 1, PLOT NO. E3 JUMEIRAH LAKES TOWERS - PO BOX 81011 DUBAI UAE PHONE (+971) 4-4356054 FAX (+971) 4-4356051 E-MAIL Accounts@agribiz.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

FOSFA          Gafta          NGFA



**INVOICE:** AGBZ1145
CONTRACT : CORN / AGRIBUSINESS UNITED AFRIQUE

June 22, 2016

```
AGRIBUSINESS UNITED AFRIQUE
ANGLE BD YACOUB EL MANSOUR & YOUSSEF IBN TACHAFINE,
PARC PLAZA, IMM I2, 4ème ETAGE, BUREAU NO 8,
MOHAMMEDIA, MOROCCO
```

```
GOODS DESCRIPTION : ARGENTINE CORN GRADE NO. 2 OR BETTER IN BULK
GOODS ORIGIN      : ARGENTINA
      VESSEL      : MV SEA MASTER      IMO #:   9558411
                    FROM               ROSARIO (PUNTA ALVEAR BERTH), ARGENTINA
                    TO                 CASABLANCA, MOROCCO
SHIPPED :           June 22, 2016      B/L REF:  4

FOB                 596,515     MTONS AT              USD    156,00  PMT,     USD     93 056,34
FREIGHT             596,515     MTONS AT              USD     44,00  PMT,     USD     26 246,66
CFR                 596,515     MTONS AT  ( +/-3% )   USD    200,00  PMT,     USD    119 303,00
```

**PAYMENT TERMS :**
CASH AGAINST DOCUMENTS AT SIGHT

**PLEASE PRESENT AT**

**ATTIJARIWAFA BANK**
BANK ADDRESS   : SUCCURSALE MOHAMMEDIA, AVENUE HASSAN II, MOHAMMEDIA
CONTACT PERSON: Ms AMAL
CONTACT NUMBER: +212 536 70 92 43

**BANKING INSTRUCTIONS:**
ACCOUNT NAME   :  **AGRIBUSINESS UNITED DMCC**
BANK NAME      :  ARAB BANK (SWITZERLAND) LTD
ACCOUNT NUMBER:   10.710500.0 (USD)
SWIFT CODE     :  ARBSCHZZXXX
IBAN           :  CH6808719107105000000
BY THE INTERMEDIARY
OF BANK        :  CITIBANK NA, NEWYORK
SWIFT CODE     :  CITI US 33
ACCOUNT NUMBER:   36330845

**PLEASE REMIT :**

*ONE HUNDRED NINETEEN    THOUSANDS THREE HUNDRED    THREE UNITED STATES DOLLARS*

Conditions: It the account is not paid within given payment terms, purchaser agrees to pay interest on the balance due at the rate of 0.02% PER DAY (6% annually) until the account is paid in full.

أخر سيارتس بودلايك م د م س وحدة رقم ١٠٦٦٠ سبا ٠ أرض رقم اي ٣. فراج مجمرات الجميرا دبي الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC, UNIT NO. 2203, SABA 1, PLOT NO. E3 JUMEIRAH LAKES TOWERS - PO BOX 61611 DUBAI UAE PHONE (+971) 4-4356834 FAX (+971) 4-4356831 E-MAIL accounts@agribis.ae

REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

MEMBER OF FOLLOWING ORGANISATIONS :

 Gafta 



**INVOICE:** AGBZ1146
CONTRACT : CORN / AGRIBUSINESS UNITED AFRIQUE

June 22, 2016

```
AGRIBUSINESS UNITED AFRIQUE
ANGLE BD YACOUB EL MANSOUR & YOUSSEF IBN TACHAFINE,
PARC PLAZA, IMM I2, 4éme ETAGE, BUREAU NO 8,
MOHAMMEDIA, MOROCCO
```

```
GOODS DESCRIPTION : ARGENTINE CORN GRADE NO. 2 OR BETTER IN BULK
GOODS ORIGIN      : ARGENTINA
P    VESSEL      : MV SEA MASTER      IMO #:    9558411
                   FROM               ROSARIO (PUNTA ALVEAR BERTH), ARGENTINA
                   TO                 CASABLANCA, MOROCCO
SHIPPED          : June 22, 2016      B/L REF:  5

FOB                1 200,000    MTONS AT            USD    156,00  PMT,    USD    187 200,00
FREIGHT            1 200,000    MTONS AT            USD     44,00  PMT,    USD     52 800,00
CFR                1 200,000    MTONS AT ( +/-3% )  USD    200,00  PMT,    USD    240 000,00
```

**PAYMENT TERMS :**
CASH AGAINST DOCUMENTS AT SIGHT

**PLEASE PRESENT AT**

```
ARAB BANK - CASABLANCA
BANK ADDRESS   : 174, Boulevard Mohamed V, CASABLANCA, MOROCCO
CONTACT PERSON: Ms Abir
CONTACT NUMBER: +212 522 22 31 52
```

**BANKING INSTRUCTIONS:**
```
ACCOUNT NAME    :   AGRIBUSINESS UNITED DMCC
BANK NAME       :   ARAB BANK (SWITZERLAND) LTD
ACCOUNT NUMBER:     10.710500.0 (USD)
S   T CODE      :   ARBSCHZZXXX
I   N           :   CH6808719107105000000
BY THE INTERMEDIARY
OF BANK         :   CITIBANK NA, NEWYORK
SWIFT CODE      :   CITI US 33
ACCOUNT NUMBER:     36330845
```

PLEASE REMIT :

*TWO HUNDRED FOURTY THOUSANDS      UNITED STATES DOLLARS*

Conditions: If the account is not paid within given payment terms, purchaser agrees to pay interest on the balance due at the rate of 0.02% PER DAY (8% annually) until the account is paid in full.

أخر مبلغ لن يوافق م د م س وحدة رقم ٢٠٦٣، صبا ١٠ أرض رقم إي ٣، أبراج بحيرات الجميرا، دبي، الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC, UNIT NO  2203, SABA 1, PLOT NO. E3 JUMEIRAH LAKES TOWERS - PO BOX 41011 DUBAI UAE PHONE (+971) 4-4386088 FAX (+971) 4-4386051 E-MAIL : accounts@agribis.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

MEMBER OF FOLLOWING ORGANIZATIONS :

FOSFA     Gafta     NGFA



**INVOICE:** AGBZ1140
CONTRACT : CORN / AGRIBUSINESS UNITED AFRIQUE

June 22, 2016

> AGRIBUSINESS UNITED AFRIQUE
> ANGLE BD YACOUB EL MANSOUR & YOUSSEF IBN TACHAFINE,
> PARC PLAZA, IMM I2, 4éme ETAGE, BUREAU NO 8,
> MOHAMMEDIA, MOROCCO

GOODS DESCRIPTION : ARGENTINE CORN GRADE NO. 2 OR BETTER IN BULK
GOODS ORIGIN : ARGENTINA
P  VESSEL : MV SEA MASTER    IMO #:   9558411
             FROM             ROSARIO (PUNTA ALVEAR BERTH), ARGENTINA
             TO               CASABLANCA, MOROCCO
SHIPPED : June 22, 2016      B/L REF:  6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FOB     | 1 200,00 | MTONS AT |          | USD | 156,00 | PMT, | USD | 187 200,00 |
| FREIGHT | 1 200,00 | MTONS AT |          | USD | 44,00  | PMT, | USD | 52 800,00  |
| CFR     | 1 200,00 | MTONS AT | ( +/-3% )| USD | 200,00 | PMT, | USD | 240 000,00 |

**PAYMENT TERMS :**
CASH AGAINST DOCUMENTS AT SIGHT

**PLEASE PRESENT AT**

ARAB BANK - CASABLANCA
BANK ADDRESS   : 174, Boulevard Mohamed V, CASABLANCA, MOROCCO
CONTACT PERSON: Ms Abir
CONTACT NUMBER: +212 522 22 31 52

**BANKING INSTRUCTIONS:**
ACCOUNT NAME   :   AGRIBUSINESS UNITED DMCC
BANK NAME      :   ARAB BANK (SWITZERLAND) LTD
ACCOUNT NUMBER:    10.710500.0 (USD)
S    T CODE    :   ARBSCHZZXXX
I AN           :   CH68087191071050000000
BY THE INTERMEDIARY
OF BANK        :   CITIBANK NA, NEWYORK
SWIFT CODE     :   CITI US 33
ACCOUNT NUMBER:    36330845

PLEASE REMIT :

*TWO HUNDRED FOURTY THOUSANDS    UNITED STATES DOLLARS*

Conditions: If the account is not paid within given payment terms, purchaser agrees to pay interest on the balance due at the rate
of 0.02% PER DAY (8% annually) until the account is paid in full.

أجري بيزنس يونايتد م د م م س، وحدة رقم ٢٢٥٥، صبا ١، أرض رقم إي ٣، أبراج بحيرات الجميرا، ص.ب. ٤١٠١١ الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC, UNIT NO. 2255, SABA 1, PLOT NO. E3 JUMEIRAH LAKES TOWERS - PO BOX 41011 DUBAI UAE PHONE (+971) 4-4356284 FAX (+971) 4-4354051 E-MAIL : accounts@agribis.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA
MEMBER OF FOLLOWING ORGANIZATIONS :

  
FOSFA    Gafta    NGFA



**INVOICE:**  AGBZ1147
CONTRACT :  CORN / AGRIBUSINESS UNITED AFRIQUE

June 22, 2016

> AGRIBUSINESS UNITED AFRIQUE
> ANGLE BD YACOUB EL MANSOUR & YOUSSEF IBN TACHAFINE,
> PARC PLAZA, IMM I2, 4éme ETAGE, BUREAU NO 8,
> MOHAMMEDIA, MOROCCO

GOODS DESCRIPTION : ARGENTINE CORN GRADE NO. 2 OR BETTER IN BULK
GOODS ORIGIN : ARGENTINA
VESSEL : MV SEA MASTER   IMO #:  9558411
FROM   ROSARIO (PUNTA ALVEAR BERTH), ARGENTINA
TO     CASABLANCA, MOROCCO
SHIPPED : June 22, 2016   B/L REF:  7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FOB | 2 000,000 | MTONS AT | | USD | 156,00 | PMT, | USD 312 000,00 |
| FREIGHT | 2 000,000 | MTONS AT | | USD | 44,00 | PMT, | USD 88 000,00 |
| **CFR** | **2 000,000** | **MTONS AT** | **( +/-3% )** | **USD** | **200,00** | **PMT,** | **USD 400 000,00** |

**PAYMENT TERMS :**
CASH AGAINST DOCUMENTS AT SIGHT

**PLEASE PRESENT AT**
ARAB BANK - CASABLANCA
BANK ADDRESS  : 174, Boulevard Mohamed V, CASABLANCA, MOROCCO
CONTACT PERSON: Ms Abir
CONTACT NUMBER: +212 522 22 31 52

**BANKING INSTRUCTIONS:**
ACCOUNT NAME  :  AGRIBUSINESS UNITED DMCC
BANK NAME     :  ARAB BANK (SWITZERLAND) LTD
ACCOUNT NUMBER:  10.710500.0 (USD)
SWIFT CODE    :  ARBSCHZZXXX
IBAN          :  CH6808719107105000000
BY THE INTERMEDIARY
OF BANK       :  CITIBANK NA, NEWYORK
SWIFT CODE    :  CITI US 33
ACCOUNT NUMBER:  36330845

**PLEASE REMIT :**

*FOUR HUNDRED   THOUSANDS   UNITED STATES DOLLARS*

Conditions: If the account is not paid within given payment terms, purchaser agrees to pay interest on the balance due at the rate of 0.02% PER DAY (8% annually) until the account is paid in full.

AGRIBUSINESS UNITED DMCC, UNIT NO. 2283, SABA 1, PLOT N2 E3 JUMEIRAH LAKES TOWERS - PO BOX 61011 DUBAI UAE PHONE (+971) 4-4356954 FAX (+971) 4-4356951 E-MAIL : accounts@agribiz.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCC

  Gafta  



**INVOICE:** AGBZ1148
CONTRACT : CORN / AGRIBUSINESS UNITED AFRIQUE

June 22, 2016

> AGRIBUSINESS UNITED AFRIQUE
> ANGLE BD YACOUB EL MANSOUR & YOUSSEF IBN TACHAFINE,
> PARC PLAZA, IMM I2, 4éme ETAGE, BUREAU NO 8,
> MOHAMMEDIA, MOROCCO

GOODS DESCRIPTION : ARGENTINE CORN GRADE NO. 2 OR BETTER IN BULK
GOODS ORIGIN : ARGENTINA
VESSEL : MV SEA MASTER    IMO #:   9558411
           FROM             ROSARIO (PUNTA ALVEAR BERTH), ARGENTINA
           TO               CASABLANCA, MOROCCO
SHIPPED : June 22, 2016    B/L REF:  8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FOB     | 2 000 000 | MTONS AT |         | USD | 156,00 | PMT, | USD | 312 000,00 |
| FREIGHT | 2 000 000 | MTONS AT |         | USD |  44,00 | PMT, | USD |  88 000,00 |
| **CFR** | 2 000 000 | MTONS AT | (+/-3%) | USD | 200,00 | PMT, | USD | 400 000,00 |

**PAYMENT TERMS :**
CASH AGAINST DOCUMENTS AT SIGHT

**PLEASE PRESENT AT**

   ARAB BANK - CASABLANCA
   BANK ADDRESS  : 174, Boulevard Mohamed V, CASABLANCA, MOROCCO
   CONTACT PERSON: Ms Abir
   CONTACT NUMBER: +212 522 22 31 52

**BANKING INSTRUCTIONS:**
ACCOUNT NAME    :  AGRIBUSINESS UNITED DMCC
BANK NAME       :  ARAB BANK (SWITZERLAND) LTD
ACCOUNT NUMBER:    10.710500.0 (USD)
SWIFT CODE      :  ARBSCHZZXXX
IBAN            :  CH6808719107105000000
BY THE INTERMEDIARY
OF BANK         :  CITIBANK NA, NEWYORK
SWIFT CODE      :  CITI US 33
ACCOUNT NUMBER:    36330845

PLEASE REMIT :

*FOUR HUNDRED    THOUSANDS    UNITED STATES DOLLARS*

Conditions: If the account is not paid within given payment terms, purchaser agrees to pay interest on the balance due at the rate of 0.02% PER DAY (8% annually) until the account is paid in full.

أغريبيزنس يونايتد م. د. م. س.، وحدة رقم ٢٢٠٣، سابا ١، أرض رقم إي ٣، أبراج بحيرات الجميرا، دبي، الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC, UNIT NO. 2203, SABA 1, PLOT NO. E3 JUMEIRAH LAKES TOWERS - PO BOX 41011 DUBAI UAE PHONE (+971) 4-4336054 FAX (+971) 4-4334051 E-MAIL accounts@agribiz.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCC
MEMBER OF FOLLOWING ORGANIZATIONS :

  Gafta  



**INVOICE:** AGBZ1141
CONTRACT : CORN / AGRIBUSINESS UNITED AFRIQUE

June 22, 2016

```
AGRIBUSINESS UNITED AFRIQUE
ANGLE BD YACOUB EL MANSOUR & YOUSSEF IBN TACHAFINE,
PARC PLAZA, IMM I2, 4éme ETAGE, BUREAU NO 8,
MOHAMMEDIA, MOROCCO
```

```
GOODS DESCRIPTION : ARGENTINE CORN GRADE NO. 2 OR BETTER IN BULK
GOODS ORIGIN      : ARGENTINA
P   VESSEL        : MV SEA MASTER      IMO #:   9558411
                    FROM               ROSARIO (PUNTA ALVEAR BERTH), ARGENTINA
                    TO                 CASABLANCA, MOROCCO
SHIPPED           : June 22, 2016      B/L REF:  9
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FOB | 2 500,00 | MTONS AT | | USD | 156,00 | PMT, | USD 390 000,00 |
| FREIGHT | 2 500,00 | MTONS AT | | USD | 44,00 | PMT, | USD 110 000,00 |
| **CFR** | **2 500,00** | **MTONS AT** | **( +/-3% )** | **USD** | **200,00** | **PMT,** | **USD 500 000,00** |

**PAYMENT TERMS :**
CASH AGAINST DOCUMENTS AT SIGHT

**PLEASE PRESENT AT**

```
ARAB BANK - CASABLANCA
BANK ADDRESS   : 174, Boulevard Mohamed V, CASABLANCA, MOROCCO
CONTACT PERSON: Ms Abir
CONTACT NUMBER: +212 522 22 31 52
```

**BANKING INSTRUCTIONS:**
```
ACCOUNT NAME    :   AGRIBUSINESS UNITED DMCC
BANK NAME       :   ARAB BANK (SWITZERLAND) LTD
ACCOUNT NUMBER:     10.710500.0 (USD)
S   T CODE      :   ARBSCHZZXXX
I   N           :   CH6808719107105000000
BY THE INTERMEDIARY
OF BANK         :   CITIBANK NA, NEWYORK
SWIFT CODE      :   CITI US 33
ACCOUNT NUMBER:     36330845
```

**PLEASE REMIT :**

*FIVE HUNDRED    THOUSANDS    UNITED STATES DOLLARS*

Conditions: If the account is not paid within given payment terms, purchaser agrees to pay interest on the balance due at the rate of 0.02% PER DAY (8% annually) until the account is paid in full.

أجريبيزنس يونايتد م. د. م. س. وحدة رقم ٢٢٦٣، سبأ ١، أرض رقم إي ٣، أبراج بحيرات الجميرا، دبي، الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC, UNIT NO. 2263, SABA 1, PLOT NO. E3 JUMEIRAH LAKES TOWERS - PO BOX 61011 DUBAI UAE PHONE (+971) 4-4356084 FAX (+971) 4-4356091 E-MAIL : accounts@agribis.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCC



FOSFA    Gafta    NGFA



**INVOICE:** AGBZ1138
CONTRACT : CORN / AGRIBUSINESS UNITED AFRIQUE

June 22, 2016

> AGRIBUSINESS UNITED AFRIQUE
> ANGLE BD YACOUB EL MANSOUR & YOUSSEF IBN TACHAFINE,
> PARC PLAZA, IMM I2, 4éme ETAGE, BUREAU NO 8,
> MOHAMMEDIA, MOROCCO

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GOODS DESCRIPTION : | ARGENTINE CORN GRADE NO. 2 OR BETTER IN BULK | | | | | | |
| GOODS ORIGIN : | ARGENTINA | | | | | | |
| VESSEL : | MV SEA MASTER | IMO #: | 9558411 | | | | |
| | FROM | ROSARIO (PUNTA ALVEAR BERTH), ARGENTINA | | | | | |
| | TO | CASABLANCA, MOROCCO | | | | | |
| SHIPPED : | June 22, 2016 | B/L REF: 10 | | | | | |
| FOB | 1 000,00 | MTONS AT | | USD | 156,00 | PMT, | USD 156 000,00 |
| FREIGHT | 1 000,00 | MTONS AT | | USD | 44,00 | PMT, | USD 44 000,00 |
| **CFR** | **1 000,00** | **MTONS AT** | **( +/-3% )** | **USD** | **200,00** | **PMT,** | **USD 200 000,00** |

**PAYMENT TERMS :**
CASH AGAINST DOCUMENTS AT SIGHT

**PLEASE PRESENT AT**

ARAB BANK - CASABLANCA
BANK ADDRESS : 174, Boulevard Mohamed V, CASABLANCA, MOROCCO
CONTACT PERSON: Ms Abir
CONTACT NUMBER: +212 522 22 31 52

**BANKING INSTRUCTIONS:**
ACCOUNT NAME   : AGRIBUSINESS UNITED DMCC
BANK NAME      : ARAB BANK (SWITZERLAND) LTD
ACCOUNT NUMBER: 10.710500.0 (USD)
SWIFT CODE     : ARBSCHZZXXX
IBAN           : CH6808719107105000000
BY THE INTERMEDIARY
OF BANK        : CITIBANK NA, NEWYORK
SWIFT CODE     : CITI US 33
ACCOUNT NUMBER: 36330845

**PLEASE REMIT :**

TWO HUNDRED     THOUSANDS     UNITED STATES DOLLARS

Conditions: If the account is not paid within given payment terms, purchaser agrees to pay interest on the balance due at the rate of 0.02% PER DAY (8% annually) until the account is paid in full.

أجريبزنس يونايتد م.د.م.س وحدة رقم ٢٢٠٣، سبأ ١، أرض رقم إي ٣، أبراج بحيرات الجميرا، دبي، الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC, UNIT NO. 2203, SABA 1, PLOT NO. E3 JUMEIRAH LAKES TOWERS - PO BOX 41611 DUBAI UAE PHONE (+971) 4-4356084 FAX (+971) 4-4356051 E-MAIL : accounts@agribus.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCC
MEMBER OF FOLLOWING ORGANIZATIONS :

FOSFA        Gafta        NGFA



**INVOICE:** AGBZ1135
CONTRACT : CORN / AGRIBUSINESS UNITED AFRIQUE

June 22, 2016

```
AGRIBUSINESS UNITED AFRIQUE
ANGLE BD YACOUB EL MANSOUR & YOUSSEF IBN TACHAFINE,
PARC PLAZA, IMM I2, 4éme ETAGE, BUREAU NO 8,
MOHAMMEDIA, MOROCCO
```

GOODS DESCRIPTION : ARGENTINE CORN GRADE NO. 2 OR BETTER IN BULK
GOODS ORIGIN : ARGENTINA
P   VESSEL : MV SEA MASTER    IMO #:  9558411
            FROM              ROSARIO (PUNTA ALVEAR BEARTH), ARGENTINA
            TO                AGADIR, MOROCCO
SHIPPED : June 22, 2016    B/L REF:  11

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FOB | 2 700,00 | MTONS AT | | USD | 156,00 | PMT, | USD 421 200,00 |
| FREIGHT | 2 700,00 | MTONS AT | | USD | 44,00 | PMT, | USD 118 800,00 |
| CFR | 2 700,00 | MTONS AT | ( +/-3% ) | USD | 200,00 | PMT, | USD 540 000,00 |

**PAYMENT TERMS :**
CASH AGAINST DOCUMENTS AT SIGHT

**PLEASE PRESENT AT**
ARAB BANK - CASABLANCA
BANK ADDRESS  : 174, Boulevard Mohamed V, CASABLANCA, MOROCCO
CONTACT PERSON: Ms Abir
CONTACT NUMBER: +212 522 22 31 52

**BANKING INSTRUCTIONS:**
ACCOUNT NAME    :  AGRIBUSINESS UNITED DMCC
BANK NAME       :  ARAB BANK (SWITZERLAND) LTD
ACCOUNT NUMBER:    10.710500.0 (USD)
  FT CODE       :  ARBSCHZZXXX
IBAN            :  CH6808719107105000000
BY THE INTERMEDIARY
OF BANK         :  CITIBANK NA, NEWYORK
SWIFT CODE      :  CITI US 33
ACCOUNT NUMBER:    36330845

**PLEASE REMIT :**
*FIVE HUNDRED FOURTY  THOUSANDS     UNITED STATES DOLLARS*

Conditions: If the account is not paid within given payment terms, purchaser agrees to pay interest on the balance due at the rate of 0.02% PER DAY (8% annually) until the account is paid in full.

AGRIBUSINESS UNITED DMCC, UNIT NO. 2203, SABA 1, PLOT NO. E3 JUMEIRAH LAKES TOWERS - PO BOX 41011 DUBAI UAE PHONE (+971) 4-4356054 FAX (+971) 4-4356081 E-MAIL : accounts@agribiz.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA




FOSFA    Gafta    NGFA



**INVOICE:**     **AGBZ1153**
CONTRACT :      CORN / AGRIBUSINESS UNITED AFRIQUE

June 22, 2016

> **AGRIBUSINESS UNITED AFRIQUE**
> ANGLE BD YACOUB EL MANSOUR & YOUSSEF IBN TACHAFINE,
> PARC PLAZA, IMM I2, 4éme ETAGE, BUREAU NO 8,
> MOHAMMEDIA, MOROCCO

GOODS DESCRIPTION : ARGENTINE CORN GRADE NO. 2 OR BETTER IN BULK
GOODS ORIGIN :     ARGENTINA
PER VESSEL :       MV SEA MASTER        IMO #:   9558411
                   FROM                 ROSARIO (PUNTA ALVEAR BERTH), ARGENTINA
                   TO                   CASABLANCA, MOROCCO
SHIPPED :          June 22, 2016        B/L REF:  29

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FOB     | 1 000,000 | MTONS AT |         | USD | 156,00 | PMT, | USD | 156 000,00 |
| FREIGHT | 1 000,000 | MTONS AT |         | USD |  44,00 | PMT, | USD |  44 000,00 |
| **CFR** | 1 000,000 | MTONS AT | ( +/-3% ) | USD | 200,00 | PMT, | USD | 200 000,00 |

**PAYMENT TERMS :**
CASH AGAINST DOCUMENTS AT SIGHT

**PLEASE PRESENT AT**
   ATTIJARIWAFA BANK
   BANK ADDRESS  : SUCCURSALE MOHAMMEDIA, AVENUE HASSAN II, MOHAMMEDIA
   CONTACT PERSON: Ms AMAL
   CONTACT NUMBER: +212 536 70 92 43

**BANKING INSTRUCTIONS:**
ACCOUNT NAME    :   AGRIBUSINESS UNITED DMCC
BANK NAME       :   ARAB BANK (SWITZERLAND) LTD
ACCOUNT NUMBER:     10.710500.0 (USD)
SWIFT CODE      :   ARBSCHZZXXX
IBAN            :   CH6808719107105000000
BY THE INTERMEDIARY
OF BANK         :   CITIBANK NA, NEWYORK
SWIFT CODE      :   CITI US 33
ACCOUNT NUMBER:     36330845

PLEASE REMIT :

*TWO HUNDRED     THOUSANDS     UNITED STATES DOLLARS*

Conditions: If the account is not paid within given payment terms, purchaser agrees to pay interest on the balance due at the rate of 0.02% PER DAY (8% annually) until the account is paid in full.

AGRIBUSINESS UNITED DMCC, UNIT NO. 2203, SABA 1, PLOT NO. 23 JUMEIRAH LAKES TOWERS - PO BOX 41011 DUBAI UAE PHONE (+971) 4-4356054 FAX (+971) 4-4356051 E-MAIL : accounts@agribiz.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

 Gafta 



**INVOICE:** AGBZ1152
CONTRACT : CORN / AGRIBUSINESS UNITED AFRIQUE

June 22, 2016

> AGRIBUSINESS UNITED AFRIQUE
> ANGLE BD YACOUB EL MANSOUR & YOUSSEF IBN TACHAFINE,
> PARC PLAZA, IMM I2, 4ème ETAGE, BUREAU NO 8,
> MOHAMMEDIA, MOROCCO

```
GOODS DESCRIPTION : ARGENTINE CORN GRADE NO. 2 OR BETTER IN BULK
GOODS ORIGIN      : ARGENTINA
PF   ESSEL        : MV SEA MASTER        IMO #:   9558411
                    FROM                 ROSARIO (PUNTA ALVEAR BERTH), ARGENTINA
                    TO                   CASABLANCA, MOROCCO
SHIPPED           : June 22, 2016        B/L REF:  30

FOB              700,000   MTONS AT              USD   156,00  PMT,    USD   109 200,00
FREIGHT          700,000   MTONS AT              USD    44,00  PMT,    USD    30 800,00
CFR              700,000   MTONS AT ( +/-3% )    USD   200,00  PMT,    USD   140 000,00
```

**PAYMENT TERMS :**
CASH AGAINST DOCUMENTS AT SIGHT

**PLEASE PRESENT AT**
    ATTIJARIWAFA BANK
    BANK ADDRESS  : SUCCURSALE MOHAMMEDIA, AVENUE HASSAN II, MOHAMMEDIA
    CONTACT PERSON: Ms AMAL
    CONTACT NUMBER: +212 536 70 92 43

**BANKING INSTRUCTIONS:**
ACCOUNT NAME    : AGRIBUSINESS UNITED DMCC
BANK NAME       : ARAB BANK (SWITZERLAND) LTD
ACCOUNT NUMBER: 10.710500.0 (USD)
SW  T CODE      : ARBSCHZZXXX
IE              : CH6808719107105000000
BY THE INTERMEDIARY
OF BANK         : CITIBANK NA, NEWYORK
SWIFT CODE      : CITI US 33
ACCOUNT NUMBER: 36330845

PLEASE REMIT :

      *ONE HUNDRED FOURTY  THOUSANDS     UNITED STATES DOLLARS*

Conditions: If the account is not paid within given payment terms, purchaser agrees to pay interest on the balance due at the rate of 0.02% PER DAY (8% annually) until the account is paid in full.

أخرسيزامن بوثيقه م. د. م. س. و. حدة رقم ٢٢٠٣، سبا ١، أرضي رقم إي ٣، لبراج محميرات - الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC, UNIT NO 2203, SABA 1, PLOT NO E3 JUMEIRAH LAKES TOWERS - PO BOX 41011 DUBAI UAE PHONE (+971) 4-4356094 FAX (+971) 4-4356051 E-MAIL accounts@agri.bi... to
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

   Gafta