
**BIMCO**

CONGENBILL 2007
BILL OF LADING
To be used with charter parties
Page 1

| | |
|---|---|
| **Shipper**<br>OLEAGINOSA MORENO HNOS S.A.C.I.F.I.Y.A.<br>FALCON 227 BAHIA BLANCA - 8000 - BUENOS AIRES<br>ARGENTINA | **Bill of Lading No.**<br>**12**   **Reference No.** |
| **Consignee**<br>TO THE ORDER OF ARAB BANK (SWITZERLAND) LTD | **Vessel**<br>MV SEA MASTER |
| **Notify address**<br>BLACK SEA GRAINS SARL<br>INDUSTRIAL CITY GHAZI MAALOUF DEPOT, BEKAA ZAHLE,<br>LEBANON | **Port of loading**<br>SAN LORENZO, ARGENTINA<br>**Port of discharge**<br>TRIPOLI, LEBANON OR BEIRUT, LEBANON |

**Shipper's description of goods**                                      **Gross weight**

ARGENTINE EXTRACTED TOASTED SOYABEANMEAL, IN BULK                        7,000.00 MT
SAID TO WEIGH: SEVEN THOUSAND METRIC TONS

CLEAN ON BOARD: JUNE 24, 2016

FREIGHT PAYABLE AS PER CHARTER PARTY                        **FIRST ORIGINAL**

STOWED INTO HOLDS NUMBER: 2

*I RECEIVED ORIGINAL B/Ls TODAY 15/02/2017 AT 11:00 AM LT.*

(of which    "NIL"    on deck at shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| **Freight Prepaid**<br>CHARTER PARTY DATED: APR 25, 2016 AS AMENDED | **SHIPPED** at the Port of Loading in apparent good order and condition on the Vessel for carriage to the Port of Discharge or so near thereto as the Vessel may safely get the goods specified above.<br>Weight, measure, quality, quantity, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said vessel has signed the number of Bills of Lading indicated  below all of this tenor and date, any one of which being accomplished the others shall be void.<br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF. |
| **FREIGHT ADVANCE**<br>Received on account of freight. | |
| | **Date shipped on board**<br>June 24th, 2016 | **Place and date of issue**<br>ZURICH, June 24th, 2016 | **Number of original Bills of Lading**<br>3/3 |

Signature:

(i)        Master's name and signature

Or

(ii)
(iii) Capt. Charalampos Stratikopoulos as Agent for the Owner*
      *ΣΤΡΑΤ*
Agent's name and signature

Sea Master Special Maritime Enterprise as 'the Owner'
*if option (iii) filled in, state Owner's name above

ARAB BANK (SWITZERLAND) LTD.
Thurgauerstrasse 40
Airgate Building, 8th Floor
CH-8050 ZURICH

CONGENBILL 2007
BILL OF LADING
To be used with charter parties
Page 2

DELIVER TO THE ORDER OF:
CEDRUS INVESTMATS S.A.L. LEBANON
ARAB BANK (SWITZERLAND) LTD.
CANCELLED CANCELLED

## Conditions of Carriage

(1) All terms and conditions, liberties and exceptions of the Charter Party, dated as overleaf, including the Law and Arbitration Clause/Dispute Resolution Clause, are herewith incorporated.

(2) **General Paramount Clause**
The International Convention for the Unification of Certain Rules of Law relating to Bills of Lading signed at Brussels on 25 August 1924 ("the Hague Rules") as amended by the Protocol signed at Brussels on 23 February 1968 ("the Hague-Visby Rules") and as enacted in the country of shipment shall apply to this Contract. When the Hague-Visby Rules are not enacted in the country of shipment, the corresponding legislation of the country of destination shall apply, irrespective of whether such legislation may only regulate outbound shipments.

When there is no enactment of the Hague-Visby Rules in either the country of shipment or in the country of destination, the Hague-Visby Rules shall apply to this Contract save where the Hague Rules as enacted in the country of shipment or if no such enactment is in place, the Hague Rules as enacted in the country of destination apply compulsorily to this Contract.

The Protocol signed at Brussels on 21 December 1979 ("the SDR Protocol 1979") shall apply where the Hague-Visby Rules apply, whether mandatorily or by this Contract.
The Carrier shall in no case be responsible for loss of or damage to cargo arising prior to loading, after discharging, or while the cargo is in the charge of another carrier, or with respect to deck cargo and live animals.

(3) **General Average**
General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1994 in London unless another place is agreed in the Charter Party.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew.

(4) **New Jason Clause**
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the cargo, shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier, or his agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Carrier before delivery.

(5) **Both-to-Blame Collision Clause**
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnify the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects orther than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

For particulars of cargo, freight, destination, etc., see overleaf.

DELIVER TO THE ORDER OF:
Banque BEMO SAL
ARAB BANK (SWITZERLAND) LTD.

Deliver to the order of
Arab Bank PLC, Lebanon
Without recourse
Date: 19/01/2017
Banque Bemo sal
N. BOUSTANY
M. KHAYAT

Deliver to the order of
WITHOUT RECOURSE
ARAB BANK P.L.C.
BEIRUT (LEBANON) BRANCH
MAHA EL KHATIB A-0316
AHMAD H. SHEHADEH A-0298
19 JAN 2017