## LETTER

We refer to the contract dated 28th November 2016 which includes a confirmation of the sale of 7,000 MT of Hipro Soyabean Meal from Agribusiness United DMCC to Yousef Freiha & Sons and after amendment of unit price to USD 352.71/mt CIF Tripoli port (three hundred fifty two and seventy one hundredth United States Dollars) per MT CIF Tripoli port with a final aggregate amount of USD 2,469,000 (two million four hundred sixty nine thousand United States Dollars) provided that specifications and analysis for quality are acceptable by local authorities (Ministry of Agriculture and any other concerned authorities) once cargo is discharged and stored at Tripoli port warehouse.

Whereas the Lebanese Ministry of Agriculture has approved the discharge of the cargo and the processing of all laboratory tests on samples to be sent to recognized laboratories in Lebanon or abroad;

We hereby confirm our purchase of 7,000 MT of Hipro Soyabean Meal from Agribusiness United DMCC and undertake to pay the agreed purchase price at 90 days after avalization of the draft by Banque Bemo SAL, drawn on us to Arab Bank Switzerland Ltd as per the below:

-upon issuance of laboratory tests establishing that specifications and analysis for quality are acceptable by the ministry of agriculture and a final decision is taken by the ministry accepting the cargo to enter the Lebanese soil.

-upon the receipt of an invoice from Agribusiness United DMCC

-the payment will be performed regardless of the submission of the relevant bills of lading provided that the delivery orders are issued by the shipping agents in the name of Youssef Freiha $ sons and delivered to the company Yousef Freiha & sons

-The payment is subject to the final weight at discharge port as per shore scales of the port reported by SGS independent surveyor. In case of any weight shortage between B/L weight and port weight once discharge is completed, shortage value is to be deducted from draft amount.

We further undertake to inform our agent Tripoli Container Service (or any other appointed agent) to implement the instructions issued by Agribusiness until settlement of value of goods.

This letter supersedes any clause to the contrary mentioned in the contract dated 28th November 2016 . All other terms of the contract dated 28 November 2016 remain unchanged.

This letter shall be subject to Lebanese laws. Any dispute as to the existence, validity, interpretation or enforcement of this letter shall be referred to the competent Lebanese courts

By: *Ralph Freiha*

**For: Yousef Freiha & Sons**

YOUSEF FREIHA & SONS
BEIRUT - LEBANON

Date: 18-1-2017

**By:**

**For: Agribusiness United DMCC**

**Date:**



ص.ب.: ٩٠٢٦١ جديدة المتن – لبنان
هاتف: ٤٨٠٦٧١ – ٠١/٤٩٩٧٢١
خليوي: ٠٣/٤٩٧٢٢٢
فاكس: ٤٩٧١٧١
بريد الكتروني: E-mail: info@Freiha.com

## UNDETAKING LETTER

We refer to the contract signed on 28th November 2016 between Agribusiness United DMCC and Yousef Freiha & Sons provided that specifications and analysis for quality are acceptable by local authorities (Ministry of Agriculture and other concerned authorities) once cargo is discharged and stored at Tripoli port warehouse.

Upon issuance of laboratory tests establishing that specifications and analysis for quality are acceptable by the ministry of agriculture and a final decision is taken by the ministry accepting the cargo to enter the Lebanese soil.

We ask Tripoli Container Service to acknowledge and undertake to implement the instructions issued by Agribusiness until informed that Yousef Freiha & Sons has settled value of goods. Meanwhile Agribusiness United DMCC decisions and requests addressed to you remains under total responsibility of Agribusiness United DMCC.

By:

For: Yousef Freiha & Sons

Date:


By:

For: TRIPOLI CONTAINER SERVICE

Date:

البنوك: بنك الاعتماد اللبناني – البنك اللبناني الفرنسي ش.م.ل – بنك بيمو – بنك بيبلوس ش.م.ل.
بنك سوسيته جنرال في لبنان



# NICOLAS J. DEBAHY & CO. S.A.L.
Capital L.L. 100.000.000 entièrement versé - R.C.B. : 66987 – VAT No. 203543-601

Beirut, 28th November 2016

O/REF: SAL/SA/F405
AUD 44-1149

Messrs.Yousef Freiha & Sons S.A.L. Beirut / Lebanon
<u>Attn</u>.  Mr Ralph Freiha

Messrs. Agribusiness United. Dubai / U.A.E
<u>Attn.</u> Mr Abderrahim Abouelouafa

<u>Re</u> :   **7,000 MT +/-10% Argentinian Hipro Soyabena Meal**

Further to our agreeable phone conversation, we are pleased to confirm to you the sale of the a.m. quantity of **Hipro Soyabean Meal** at the following terms & conditions :

<u>*Confirmation No.*</u>*: SAL/2016/139  dated  28th November 2016*

**Sellers:**       **Agribusiness United**
                   Saba 1 Tower, Suite 2203, JLT plot E3
                   P.O. Box 41011
                   <u>Dubai – U.A.E</u>

**Buyers:**       **Yousef Freiha & Sons S.A.L.**
                   Industrial City - Roumieh
                   <u>Beirut - Lebanon</u>

**Brokers**       **Nicolas J. Debahy & Co. S.A.L.**
                   P.O. Box 11-0346
                   <u>Beirut / Lebanon</u>

**Quantity:**     **7.000 Metric Tons**, plus or minus 10% at vessel's option and
                   at contract price.

93, Charles de Gaulle Ave. - Debahy Center - Sin El Fil - P.O.Box 11-0346- Beirut / Lebanon
Tel. & Fax : 00 961 1 485370-9 (10 lines) - Direct Fax : 00 961 1 502974 -
E-mail : njd@debahy.com - website: www.debahy.com



2 -  O/REF: SAL/SA/F405
AUD 44-1149

**Commodity:** Argentine Extracted Toasted **Hipro Soyabean Meal**
**Quality specifications:**

| | |
|---|---|
| Protein | basis 46.50% min 45.50 |
| Moisture | basis 12.5% max 13 |
| Fat | max 2.5% |
| Fibre | basis 3.5 %, max 4.5 |
| Ash | 7 % |
| Sand/Silica | 2.5 % |
| Urease activity | min 0.02/max 0.20 |

Free from added urea
Allowance for deficiency on protein:
From 46.49% to 45.50% 1:1 and fractions in proportion
Non reciprocal allowance 1:1 on all other factors, fractions In proportion.

All / other specifications are according to the standards of origin

The Soyabean Meal supplied by the seller should be in sound condition, fit for animal consumption purpose without any unpleasant odor, free from any sign of mold, fermentation of deterioration as well as free from evidence of plant injurious diseases.it should as well be substantially free from castor seed/husks, foreign poisonous seed, urea and/or chemical substances that are not natural part of Soyabean Meal and /or of fair merchantable quality.

**Packing :** In Bulk

**Shipment :** Immediate, per MV Sea Master currently at anchorage/ berth in Tripoli port / Lebanon

**Price :** US$.367,00 per metric CIF (Cost, Insurance and Freight) one safe berth, one safe port, Tripoli / Lebanon.

**Insurance** To be covered by the Sellers as per Certificate from North Assurance.

**Weight, Quality & Condition :**

Quality final at load port as per certificates issued by Inspectorate in Argentina. Weight final at discharge port as per shore scales of the port reported by SGS independent surveyor. In case of any weight shortage between b/l weight and silo weight once discharge is completed, difference of value to be reimbursed by sellers to buyers.



- 3 -   O/REF: SAL/SA/F405
         AUD 44-1149

### Acceptance of cargo:
Goods are considered acceptable on condition that specifications and analysis for quality are acceptable by local authorities (Ministry of Agriculture).

### Analysis for quality:
In addition to the analysis that will be done by the local authorities, SGS to arrange sampling as per Gafta standards and quality analysis from their side at a local independent accredited laboratory. This is to be for account and expense of buyers.

### Payment

By 90 days draft, drawn from Banque Bemo SAL to Arab Bank (Switzerland) LTD, financing cost on Yousef Freiha & Sons account upon delivery of original Bill of Lading issued to the order of Arab Bank (Switzerland) LTD and endorsed to Buyers or Buyers bank, plus copies of invoice, draft and other below documents.

**BEMO BANK**
Dora Branch, Dora Highway,
Tashdjian Banking center
Lebanon.
(SWIFT: EUMOLBBEXXX)

Following original documents will be delivered outside payment, directly to buyer's bank or office within 5 working days from payment confirmation:
1. Commercial Invoice.
2. Crop year certificate in duplicate issued by independent surveyor.
3. Official Certificate of origin issued by any chamber of commerce at load port.
4. Insurance certificate
5. Certificate of weight issued by independent surveyor
6. Certificate of quality& analysis issued by independent surveyor
7. Phytosanitary certificate issued by official Authorities with Destination Morocco (Phytosanitary issued by Independent surveyor not acceptable
8. Fumigation certificate issued by a fumigation company.
9. Non radiation certificate issued by independent surveyor
10. Pesticide Certificate issued by independent surveyor



- 4 - O/REF: SAL/SA/F405
AUD 44-1149

### Other Terms
1. Charter Party Bills of Lading acceptable.
2. Short form Bills of Lading not acceptable.

### Discharge terms :
- The cargo to be discharged at the average rate of 1,500 MT per weather working day of 24 consecutive hours.
- Time from Fridays 17.00hrs pm. till Mondays 08.00hrs am. & holidays not to count even if used.
- Time from 17:00hrs any day preceding a legal holiday until 08:00 a.m. next working day not to count even if used.
- Laytime to commence to count **upon delivery of all original shipping documents** and after acceptance of sample& quality by the sanitary authorities in Lebanon.
- Master has the right to cable his notice or not.
- Cranage dues in Lebanon port are for Buyers / Receivers' account.
- Demurrage / Despatch as per Charter Party and to be settled within 30 days upon presentation of relevant documents.
- All other discharge terms as per relevant Charter Party.
- All discharging expenses for Buyers' account.
- Demurrage / Despatch at port of discharge shall be settled directly between
- Buyers and Sellers.
- In case of time-charter, demurrage rate to be equal to vessels daily hire.
- Otherwise, as stated above.
- Sellers must instruct owners/charterers & their agents that all communications with disport authorities related to the respective vessel/cargo must be directed strictly through buyer's local agent" at discharge port.
- Ship's agents at disport for buyer's option but subject to competitive DA proforma.
- Third Party documents are acceptable (except invoice)

### Rules
All other terms and conditions not conflicting with above as per G.A.F.T.A. Contract No. 40

### Wash out:
In case buyers fail to take delivery of the goods or fail to withdraw documents when presented to their bank, Sellers shall have the option to wash-out of this contract, at the market price at the time of non-performance notice was sent by either party. In the event that the cargo is already shipped and buyers fail to take up documents or to take delivery, the buyers will be liable for all and any damages incurred for shipment of goods resulting from same.



- 5 - O/REF: SALSA/F405
AUD 44-1149

### Assignment:

Agribusiness United DMCC alone shall have liberty to assign its rights and/or obligations arising out from this agreement to a third party under the same terms and conditions as set out herein and shall promptly notify buyer of any such assignment.

### Arbitration

Arbitration as per G.A.F.T.A. Rules No. 125 with arbitration in London, which parties have acknowledged and noticed and accepted. Or GAFTA 126 for disputed amounts less than 100,000 USD.

A-- Any dispute arising out of or under this contract shall be settled by arbitration in accordance with the Arbitration Rules No. 125 of the Grain and Feed Trade Association, in the edition current at the date of this contract, such rules forming part of this contract and which both parties hereto shall be deemed to be cognizant. Arbitration to take place in London.

B-- Neither party hereto, nor any person claiming under either of them shall bring any action or other legal proceedings against the other of them in respect of any such dispute until such dispute shall first have been heard and determined by the arbitrator(s) or a board of appeal, as the case may be, in accordance with the arbitration rules and it is expressly agreed and declared that the obtaining of an award from the Arbitration (s) or a board of appeal, as the case may be, shall be a condition precedent to the right of either party hereto or any person claiming under either of them to bring any action or other legal proceeding against the other of them in respect of any such dispute.

We thank you very much for this business.

| AGRIBUSINESS UNITED DMCC | NICOLAS J. DEBAHY & CO. S.A.L. | YOUSEF FREIHA & SONS |
|---|---|---|
| Sellers | | Buyers |

Nicolas J. Debahy & Co. S.A.L.
Brokers