## Michael Buisset

| | |
|---|---|
| From: | Michael Buisset |
| Sent: | 15 February 2017 19:00 |
| To: | Nicholas Parton |
| Cc: | Alexis Petrou; Nils Dahl-Nielsen |
| Subject: | Re: Sea Master (DPS:1:SH:2215) |

Dear Nick,

Thank you for your email of today.

On 19 January 2017, the bills of lading were endorsed by Bemo Bank to the order of Arab Bank PLC Lebanon. On the same day, Arab Bank PLC Lebanon blank endorsed the bills of lading and delivered them to Freiha.

It follows that neither Arab Bank Lebanon, nor Arab Bank Switzerland have any right or interest under the bills of lading and they will not go after Owners if delivery of this soya bean cargo is made under the bills of lading as presented by Freiha.

I hope this clarifies the situation.

Kind regards
Michael Buisset
Partner
Holman Fenwick Willan LLP
Direct: +41 (0)22 322 4801
Mobile: +41 (0)79 138 3043
michael.buisset@hfw.com

**From:** Nicholas Parton
**Sent:** Wednesday, 15 February 2017 17:12
**To:** Michael Buisset
**Cc:** Alexis Petrou; Nils Dahl-Nielsen
**Subject:** Sea Master (DPS:1:SH:2215)

URGENT URGENT URGENT

Dear Michael,

Although the master has been instructed to allow discharge of the cargo to commence, and continue for a while at least, the American P & I Club (Muge Anber) has just asked me to check with you whether your clients are content for it to continue?

This is because the bills of lading presented to the master do not anywhere indicate that they have been endorsed to Yousef Freia & Sons. On the contrary the last endorsement is in favour of Arab Bank Lebanon.

Your email of 20 January said "My clients are not the holders or endorsees of the bills of lading and have no objection to the planned discharge into warehouse 5".

But no discharge is going to "warehouse 5" and your clients' sister company is the endorsee of the bills of lading (copies attached).

It was hoped that your clients would countersign the letter which owners sent to them at the request of the American Club.

Please can they either do that ( copy attached) or please can you fully clarify matters?

1

The Club is extremely concerned that "the Bank" may come along after discharge and say it should not have been into the hands of Yousef Freia & Sons. Can you at least confirm that they will not do that?

Krgds

Nick

N.G.Parton
Jackson Parton


# JACKSON PARTON
  SOLICITORS

*Authorised and regulated by the Solicitors Regulation Authority*
*SRA No: 75273*

4th floor
1 Alie Street
London E1 8DE
Tel:  020 7702 0085
Fax: 020 7702 0858
Web:  www.jacksonparton.com

A Askew, J Clyne, N Dahl-Nielsen, M Gerakaris-Michanitzis, N Parton, A Patrinos

Consultant: David Hughes

INFORMATION IN THIS MESSAGE IS CONFIDENTIAL AND MAY BE LEGALLY PRIVILEGED.  IT IS INTENDED SOLELY FOR THE PERSON TO WHOM IT IS ADDRESSED.  IF YOU ARE NOT THE INTENDED RECIPIENT, KINDLY INFORM THE SENDER, AND PLEASE DELETE THE MESSAGE FROM YOUR SYSTEM IMMEDIATELY.

Click here to report this email as spam.