## Michael Buisset

**From:** Michael Buisset
**Sent:** 21 January 2017 00:27
**To:** Nicholas Parton
**Subject:** Re: Sea Master URGENT

Dear Nick,

Many thanks for your message.

I am encouraged by this evening's developments regarding discharge tomorrow. As you know, this is something my clients have been working very hard to achieve on the ground in Lebanon this week.

I also understand that Warehouse 5 is available and has been allocated to take this cargo.

If the ship is at berth and discharging, the 76 MT of IFO on board should be amply sufficient to permit the operation in port and 1 day of steaming to the next port. Limited quantities of IFO would be required for the discharge and otherwise the generators can run on MDO.

I do not agree with your reading of the state of affairs. This issue now appears academic, as discharge seems to have been agreed by all parties involved.

My clients are not the holders or endorsees of the bills of lading and have no objection to the planned discharge into warehouse 5.

I should be grateful for your confirmation that the vessel will discharge with no further objections and that the current injunction application in London is withdrawn with immediate effect with costs payable to the Respondent and that no further court / arbitration applications will be made for orders contrary to the right to discharge.

I look forward to hearing from you.

Kind regards
Michael Buisset
Partner
Holman Fenwick Willan LLP
Direct: +41 (0)22 322 4801
Mobile: +41 (0)79 138 3043
michael.buisset@hfw.com

**From:** Nicholas Parton
**Sent:** Friday, 20 January 2017 23:07
**To:** Michael Buisset
**Subject:** Sea Master URGENT

Dear Michael,

1

My client has just been called by Mr Ralph Freia asking that the vessel berths and discharges into a warehouse number 5 starting tomorrow.

Is your client aware of this?

The endorsements on the bill of lading are confusing to say the least.

The ship has 24 MT of fuel oil left on board which is enough for 1 days steaming.

I am personally extremely worried about this and am deeply concerned at the risk to HFW's and HD's reputations as a result of simply blanking out this dangerous state of affairs.

But assuming by some miracle the bunker problem could be magicked away do your clients actually want the cargo discharged into warehouse number 5 as requested by Mr Freia.

Mr Freia refused to put his request in writing- hence my anxiety.


Kind regards

Nick

N.G.Parton
Jackson Parton

**JACKSON PARTON**
 SOLICITORS

*Authorised and regulated by the Solicitors Regulation Authority*
*SRA No: 75273*

4th floor
1 Alie Street
London E1 8DE
Tel:  020 7702 0085
Fax: 020 7702 0858
Web:  www.jacksonparton.com

A Askew, J Clyne, N Dahl-Nielsen, M Gerakaris-Michanitzis, N Parton, A Patrinos

Consultant: David Hughes

INFORMATION IN THIS MESSAGE IS CONFIDENTIAL AND MAY BE LEGALLY PRIVILEGED. IT IS INTENDED SOLELY FOR THE PERSON TO WHOM IT IS ADDRESSED.  IF YOU ARE NOT THE INTENDED RECIPIENT, KINDLY INFORM THE SENDER, AND PLEASE DELETE THE MESSAGE FROM YOUR SYSTEM IMMEDIATELY.


Click here to report this email as spam.