

Achrafieh 5585 Building, P. Gemayel Av.
P.O. Box 11 - 7236, Beirut, Lebanon

Tel.: +961 1 428777 - Fax: +961 1 423582
Email: baroudi@baroudilegal.com
www.baroudilegal.com

Beirut, January 20th, 2017

**Mr. George Antar**
**TCS Shipping (Tripoli Container Service)**
3rd floor, Salma Kabbara building,
Near Customs' Office
Mina (Tripoli), P.O. Box 2513
Lebanon

Dear Sirs,

**M/V SEA MASTER, CP dated 25/04/2016, at Lebanon Tripoli Port on 23/11/2016, cargo on board: 7000 mt Soyabean**

Please note that we act for the owners of M/V SEA MASTER (the "Vessel") at Tripoli Port since November 23, 2016.

By charterparty dated 25/04/2016 (the "C/P") our clients chartered the Vessel to Charterers, AGRI BUSINESS OF DUBAI, who were to be responsible for carrying the cargo of soyabean from Argentine to Morocco, but they have defaulted on their obligations to Owners.

Demurrage payable to owners under the C/P is now long overdue and charterers have failed to pay the outstanding demurrage to the owners. In view of the foregoing and in the light of charterers' default, owners have decided to exercise a lien over the cargo presently on board the Vessel and consisting of 7000 mt of soyabean (the "Cargo") and that in accordance with articles 193 & 194 of the Lebanese Merchant Shipping Law.

Thus, in our capacity as lawyers acting for the owners of the Vessel, we hereby request you to refrain from delivering the Cargo to any third party without owners' prior written consent. Hence, you should refrain from issuing the delivery order pertaining to the Cargo or from taking any action for the purpose of enabling any third party to take delivery of the Cargo, unless otherwise instructed in advance and in writing by the owners of the Vessel. For your information, owners require full payment of the outstanding demurrage to be made to them before they can agree to the release of the Cargo.

Finally, kindly provide us with copies of any bills of lading you hold in relation to the Cargo.

1

Any instructions contrary to this message which you may have received or may hereafter receive from the Charterers, Shippers and/or from any other party are unauthorized and/or superseded by this Notice, and are of no legal or contractual effect.

We look forward to receiving your response by immediate return.

Owners' rights, actions and claims of any kind are hereby fully reserved.

Yours Faithfully,
Josiane Lahoud