Tuesday, January 10, 2017 at 11:35:54 AM Gulf Standard Time

**Subject:** RE:MV Sea Master // Loi for Bls 1, 2, 3, 29 & 30 (REF:16OTBYR00)
**Date:** Tuesday, July 26, 2016 at 7:19:06 PM Gulf Standard Time
**From:** Bonum Marine
**To:** Laura Martinez
**CC:** oper@agribiz.ae, mohamed@agribiz.ae
**Priority:** High

TELiX MSG: 0TBYR-00 26/07/16 18:19


www.bonum-marine.gr

Laura / George

re mv sea master

hello, blw frm owns just rcved

-qte-
M/V 'SEA MASTER'/AGRIBUSINESS C/P 25/04/16
==

Ref yrs below rcvd foll from Owners agents

qte

Quote

Master of MV Sea Master has been instructed to discharge against the LOIs that
were attached for BLs 1, 2, 3, 29 & 30.

Owners ask when Charts will send other LOIs for discharge and also when Charts
will remit the balance freight and demurrage.

Thank you and kind regards,

Unquote

BRGRDS,

uqte


Best Regards

-unqte-

thx n brgrds


Bonum Marine Inc. - Piraeus - Phone : +30 210 41 31 144 / +30 210 41 74 131
skype: bonum.marine.inc - msn: bonum-marine@hotmail.com
mobile: +30 693 73 999 89 / bbm pin:7b50f5b9


> ----- Original Message -----
>
> TELiX: C  0T19U-00 2507 1609 AGRIBIZ
>
> From:LauraMartinez<xiomara@agribiz.ae>
> To   :BonumMarine<chartering@bonum-marine.gr>;
> Cc   :oper@agribiz.ae,MOHAMEDOUAICH<mohamed@agribiz.ae>;;
> Sent: Mon, 25 Jul 2016 17:08:12 +0400
> Subj: MV Sea Master // Loi for Bls 1, 2, 3, 29 & 30

Dear Mr George,

Please find attached LOIs for above-mentioned BLs for the Corn Cargo in order
to commence discharging at Casablanca. - Kindly confirm with owners this is in
order.

LOI for Bls 4 to 10 will be sent as soon as possible.

Thanks,

Laura Martinez,

> ----- Original Message End -----


Bonum Marine Inc. - Piraeus - Phone :+30 210 4131144 / +30 210 4174131
Fax: +30 211 85 05 517
skype: bonum.marine.inc - msn: bonum-marine@hotmail.com

chartering@bonum-marine.gr
positions@bonum-marine.gr
ops@bonum-marine.gr
info@bonum-marine.gr

Tuesday, January 10, 2017 at 11:28:34 AM Gulf Standard Time

**Subject:** RE:MV Sea Master // LOI for BL 11 (REF:16ORXIN00)
**Date:** Tuesday, July 19, 2016 at 8:04:39 PM Gulf Standard Time
**From:** Bonum Marine
**To:** Laura Martinez
**CC:** oper@agutd.com, mohamed@agribiz.ae
**Priority:** High

TELiX MSG: 0RXIN-00 19/07/16 19:04


www.bonum-marine.gr

Laura / George

re mv sea master

hello, blw cnf just rcved

-qte-
Your below message was noted.

Upon checking the Owners found the attached LOI in good order and have
authorized the commencement of discharge.

Regards
MK
-unqte-

thx n brgrds


Bonum Marine Inc. - Piraeus - Phone : +30 210 41 31 144 / +30 210 41 74 131
skype: bonum.marine.inc - msn: bonum-marine@hotmail.com
mobile: +30 693 73 999 89 / bbm pin:7b50f5b9


----- Original Message -----


TELiX: C  0RXE0-00 1907 1812 AGRIBIZ

From:LauraMartinez<xiomara@agribiz.ae>
To   :bonummarine<chartering@bonum-marine.gr>;
Cc
:<oper@agutd.com>Dubai(oper@agutd.com)<oper@agutd.com>,mohamed@agribiz.ae
     :<mohamed@agribiz.ae>;;
Sent: Tue, 19 Jul 2016 15:10:48 +0000
Subj: MV Sea Master // LOI for BL 11

Page 1 of 2

Dear Mr George,

Please find attached and confirm that same is in force with owners.

Thanks,

Laura Martinez

----- Original Message End -----

Bonum Marine Inc. - Piraeus - Phone :+30 210 4131144 / +30 210 4174131
Fax: +30 211 85 05 517
skype: bonum.marine.inc - msn: bonum-marine@hotmail.com

chartering@bonum-marine.gr
positions@bonum-marine.gr
ops@bonum-marine.gr
info@bonum-marine.gr



**STANDARD FORM LETTER OF INDEMNITY TO BE GIVEN IN RETURN FOR DELIVERING CARGO WITHOUT PRODUCTION OF THE ORIGINAL BILL OF LADING.**

To :  SEA MASTER SPECIAL MARITIME ENTERPRISE
      C/O MEGA SHIPPING LINE CORP.
      The Owners of the MV Sea Master

July 25, 2016

Dear Sirs,

Ship:             Mv Sea Master

Voyage:           Rosario (Punta Alvear Berth), Argentina to Casablanca, Morocco

Cargo:            2,700 mts of Argentina Corn Grade No. 2 or better in bulk

Bill(s) of Lading:  No. 1, 29 and 30 issued on June 22, 2016 in Buenos Aires

The above cargo was shipped on the above ship by **Cargill S.A.C.I., AV. L.N. Alem 928 – Buenos Aires – Argentina** and consigned to **Order** for delivery at the port of **Casablanca, Morocco** but the bill of lading has not arrived and we, **Agribusiness United DMCC**, hereby request you to deliver the said cargo to **ALIMAZRI Sarl, Siege Fouarat Ain Sbaa, Kenitra, Morocco** at **Casablanca, Morocco** without production of the original bill of lading.

In consideration of your complying with our above request, we hereby agree as follows :-

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of delivering the cargo in accordance with our request.

2. In the event of any proceedings being commenced against you or any of your servants or agents in connection with the delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3. If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on demand such bail or other security as may be required to prevent such arrest or detention or to secure the release of such ship or property or to remove such interference and to indemnify you in respect of any liability, loss, damage or expense caused by such arrest or detention or threatened arrest or detention or such interference, whether or not such arrest or detention or threatened arrest or detention



أغريبيزنس يونايتد م. د. م. س. وحدة رقم ٢٢٠١، سبأ ١، أرض رقم إي ٣، أبراج بحيرات الجميرا، دبي، الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC, UNIT NO 2203, SABA 1, PLOT NO. EJ JUMEIRAH LAKES TOWERS - PO BOX 41011 DUBAI UAE
PHONE (+971) 4-4356054  FAX (+971) 4-4356051  E-MAIL : yes@agribiz.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

  



or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery to such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you, whereupon our liability hereunder shall cease.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English law and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England. (If US Law has been agreed in the C/P please change accordingly)

Yours faithfully,
For and on behalf of
**Agribusiness United DMCC**



------------------------------
Mr. Abderrahim Abou el Ouafa



اغريبيزنس يونايتد م. د. م. س. وحدة رقم ٢٦٠١، سابا ١، أرض رقم إي ٣، أبراج بحيرات الجميرا، دبي، الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC, UNIT NO. 2203, SABA 1, PLOT NO E3 JUMEIRAH LAKES TOWERS  PO BOX 41011 DUBAI UAE
PHONE (+971) 4 4356054  FAX (+971) 4-4356051  E-MAIL . yes@agribu.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

  



## STANDARD FORM LETTER OF INDEMNITY TO BE GIVEN IN RETURN FOR DELIVERING CARGO WITHOUT PRODUCTION OF THE ORIGINAL BILL OF LADING.

To :   SEA MASTER SPECIAL MARITIME ENTERPRISE
       C/O MEGA SHIPPING LINE CORP.
       The Owners of the MV Sea Master

July 25, 2016

Dear Sirs,

Ship:            Mv Sea Master

Voyage:          Rosario (Punta Alvear Berth), Argentina to Casablanca, Morocco

Cargo:           5,400 mts of Argentina Corn Grade No. 2 or better in bulk

Bill(s) of Lading:  No. 2 issued on June 22, 2016 in Buenos Aires

The above cargo was shipped on the above ship by **Cargill S.A.C.I., AV. L.N. Alem 928 – Buenos Aires – Argentina** and consigned to **Order** for delivery at the port of **Casablanca, Morocco** but the bill of lading has not arrived and we, **Agribusiness United DMCC**, hereby request you to deliver the said cargo to **MULTIGRAIN, Rue Mohamed Errachid, Ex Plage, Immeuble Iman Center 6 eme Etage, Casablanca, Morocco** at **Casablanca, Morocco** without production of the original bill of lading.

In consideration of your complying with our above request, we hereby agree as follows :-

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of delivering the cargo in accordance with our request.

2. In the event of any proceedings being commenced against you or any of your servants or agents in connection with the delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3. If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on demand such bail or other security as may be required to prevent such arrest or detention or to secure the release of such ship or property or to remove such interference and to indemnify you in respect of any liability, loss, damage or expense caused by such arrest or detention or threatened arrest or

اغريبيزنس يونايتد م. د. م. س. وحدة رقم ٢٢٠١، سبأ ١، أرض رقم إي ٣، أبراج بحيرات الجميرا، دبي، الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC. UNIT NO. 2203, SABA 1. PLOT NO. E3 JUMEIRAH LAKES TOWERS. PO BOX 41011 DUBAI UAE
PHONE (+971) 4 4356054  FAX (+971) 4-4356051  E-MAIL : yes@agribu.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

  



detention or such interference, whether or not such arrest or detention or threatened arrest or detention or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery to such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you, whereupon our liability hereunder shall cease.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English law and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England. (If US Law has been agreed in the C/P please change accordingly)

Yours faithfully,
For and on behalf of
**Agribusiness United DMCC**

------------------------------
Mr. Abderrahim Abou el Ouafa





أغريبزنس يونايتد م. د. م. س. وحدة رقم ٢٢٠١، سبأ ١، أرض رقم إي ٣، أبراج بحيرات الجميرا، دبي، الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC UNIT NO. 2203 SABA 1, PLOT NO. E3 JUMEIRAH LAKES TOWERS PO BOX 41011 DUBAI UAE
PHONE (+971) 4-4356054 FAX (+971) 4-4356051 E MAIL yes@agnbiz.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

  



## STANDARD FORM LETTER OF INDEMNITY TO BE GIVEN IN RETURN FOR DELIVERING CARGO WITHOUT PRODUCTION OF THE ORIGINAL BILL OF LADING.

To :  SEA MASTER SPECIAL MARITIME ENTERPRISE
C/O MEGA SHIPPING LINE CORP.
The Owners of the MV Sea Master

July 27, 2016

Dear Sirs,

Ship:  Mv Sea Master

Voyage:  Rosario (Punta Alvear Berth), Argentina to Casablanca, Morocco

Cargo:  10,496.515 mts of Argentina Corn Grade No. 2 or better in bulk

Bill(s) of Lading:  No. 4,5,6,7,8,9,10 issued on June 22, 2016 in Buenos Aires

The above cargo was shipped on the above ship by **Cargill S.A.C.I., AV. L.N. Alem 928 – Buenos Aires – Argentina** and consigned to **Order** for delivery at the port of **Casablanca, Morocco** but the bill of lading has not arrived and we, **Agribusiness United DMCC**, hereby request you to deliver the said cargo to **AGRIBUSINESS UNITED AFRIQUE SARL, parc plaa angle boulevard yaacoub el Mansour et Youssef ben tachfine immeuble i2 4e etage bureau No. 8 Mohamedia, Morocco** at **Casablanca, Morocco** without production of the original bill of lading.

In consideration of your complying with our above request, we hereby agree as follows :-

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of delivering the cargo in accordance with our request.

2. In the event of any proceedings being commenced against you or any of your servants or agents in connection with the delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3. If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on demand such bail or other security as may be required to prevent such arrest or detention or to secure the release of such ship or property or to remove such interference and to indemnify you in respect of any liability, loss, damage or expense caused by such arrest or detention or threatened arrest or

اغریبیزنس یونایتد م. د. م. س. وحدة رقم ۲٦۰۱، سبأ ۱، أرض رقم إي ۳، أبراج بحیرات الجمیرا، دبي، الإمارات العربیة المتحدة

AGRIBUSINESS UNITED DMCC, UNIT NO. 2203, SABA 1, PLOT NO. E3 JUMEIRAH LAKES TOWERS - PO BOX 41011 DUBAI UAE
PHONE (+971) 4 4366064  FAX (+971) 4 4356051  E-MAIL : yes@agribiz.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

    



detention or such interference, whether or not such arrest or detention or threatened arrest or detention or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery to such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you, whereupon our liability hereunder shall cease.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English law and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England. (If US Law has been agreed in the C/P please change accordingly)

Yours faithfully,
For and on behalf of
**Agribusiness United DMCC**



-------------------------------
Mr. Abderrahim Abou el Ouafa



أغريبيزنس يونايتد م. د. م. س. وحدة رقم ٢٢٠٣، سابا ١، أرض رقم إي ٣، أبراج بحيرات الجميرا، دبي، الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC  UNIT NO. 2203  SABA 1, PLOT NO E3 JUMEIRAH LAKES TOWERS  PO BOX 41011 DUBAI UAE
PHONE (+971) 4-4356054  FAX (+971) 4-4356051  E-MAIL: yes@agribiz.ae
REGISTERED AND LICENSED AS A FREE ZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

  



**STANDARD FORM LETTER OF INDEMNITY TO BE GIVEN IN RETURN FOR DELIVERING CARGO WITHOUT PRODUCTION OF THE ORIGINAL BILL OF LADING.**

To :   SEA MASTER SPECIAL MARITIME ENTERPRISE
       C/O MEGA SHIPPING LINE CORP.
       The Owners of the MV Sea Master

July 25, 2016

Dear Sirs,

Ship:              Mv Sea Master

Voyage:            Rosario (Punta Alvear Berth), Argentina to Casablanca, Morocco

Cargo:             5,400 mts of Argentina Corn Grade No. 2 or better in bulk

Bill(s) of Lading: No. 3 issued on June 22, 2016 in Buenos Aires

The above cargo was shipped on the above ship by **Cargill S.A.C.I., AV. L.N. Alem 928 – Buenos Aires – Argentina** and consigned to **Order** for delivery at the port of **Casablanca, Morocco** but the bill of lading has not arrived and we, **Agribusiness United DMCC**, hereby request you to deliver the said cargo to **ALF MABROUK, 187 Lotissement du parc industriel de bouznika, Bouznika, Morocco** at **Casablanca, Morocco** without production of the original bill of lading.

In consideration of your complying with our above request, we hereby agree as follows :-

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of delivering the cargo in accordance with our request.

2. In the event of any proceedings being commenced against you or any of your servants or agents in connection with the delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3. If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on demand such bail or other security as may be required to prevent such arrest or detention or to secure the release of such ship or property or to remove such interference and to indemnify you in respect of any liability, loss, damage or expense caused by such arrest or detention or threatened arrest or detention or such interference, whether or not such arrest or detention or threatened arrest or detention



AGRIBUSINESS UNITED DMCC  UNIT NO 2203  SABA 1  PLOT NO E3 JUMEIRAH LAKES TOWERS  PO BOX 41011 DUBAI UAE
PHONE (+971) 4 4356554  FAX (+971) 4 4356951  E MAIL : yes@agribiz.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

  



or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery to such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you, whereupon our liability hereunder shall cease.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English law and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England. (If US Law has been agreed in the C/P please change accordingly)

Yours faithfully,
For and on behalf of
**Agribusiness United DMCC**



------------------------------
Mr. Abderrahim Abou el Ouafa


أغريبيزنس يونايتد م. د. م. س. وحدة رقم ٢٦٠١، سبأ ١، أرض رقم إي ٣، أبراج بحيرات الجميرا، دبي، الإمارات العربية المتحدة

AGRIBUSINESS UNITED DMCC, UNIT NO. 2203, SABA 1, PLOT NO E3 JUMEIRAH LAKES TOWERS, PO BOX 41011 DUBAI UAE
PHONE (+971) 4 4356064  FAX (+971) 4 4356051  E-MAIL : yes@agribz.ae
REGISTERED AND LICENSED AS A FREEZONE COMPANY UNDER THE RULES AND REGULATIONS OF DMCCA

  

Tuesday, January 10, 2017 at 11:50:43 AM Gulf Standard Time

| | |
|---|---|
| Subject: | FW:FW: RE:MV SEA MASTER / AGRIBUSINESS C/P DTD 4/23/2016(REF:160UJSD00) (REF:160UK2W00) |
| Date: | Friday, August 5, 2016 at 9:29:14 PM Gulf Standard Time |
| From: | Bonum Marine |
| To: | Abderrahim Abou El Ouafa, Laura Martinez, oper@agutd.com, Rajiv Gupta |
| Priority: | High |
| Attachments: | bk-STANDARD LOI NEW CHANGE PORT.doc |

TELiX MSG: 0UK2W-00 05/08/16 20:29

www.bonum-marine.gr

Abou - Laura / George

re mv sea master

hello

blw just rcved

-qte-

Following from owners
Kindly pass on to charts

QUOTE
Thank you for your last

Owners confirm that LOI for the full quantity of corn is in
good standing and
can now be discharged in Casablanca.
Also on hand and in good standing LOI for Pellets destine for
Casablanca

Outstanding items:
Regarding the SHP/SBM destined for Agadir: Owners will accept
an LOI for the
Change in the discharge port.
Please see attached LOI to be used, which Charterers must send
to Owners
completed for approval.

Finally we are missing Charterers LOIs for SBM to be discharged
at Casablanca,
which please forward soonesT.

Thank you

Regards
UNQUOTE

Thank you
Brgds


Konstantinos Marinakis
Marinakis Chartering, Inc.
As Agents to the Managers.


-unqte-

thx n brgrds


Bonum Marine Inc. - Piraeus - Phone :+30 210 4131144 / +30 210 4174131
Fax: +30 211 85 05 517
skype: bonum.marine.inc - msn: bonum-marine@hotmail.com

chartering@bonum-marine.gr
positions@bonum-marine.gr
ops@bonum-marine.gr
info@bonum-marine.gr