UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------x

| | |
|---|---|
| ARAB BANK (SWITZERLAND) LTD., <br><br> Plaintiff, <br><br> - against – <br><br> SEA MASTER SHIPPING INC., <br> In Personam <br><br> and <br><br> M/V "SEA MASTER", her engines, rigging, equipment and appurtenances, etc. <br> In Rem <br><br> Defendants. | 17 Civ. 469 (WWE) <br><br> **Stipulation for Immediate Release of Vessel** |

------------------------------------------------------------x

    Whereas at a hearing today the Court directed the release of the M/V Sea Master (hereinafter the "Vessel") in exchange for the posting by the Owner of a P&I Club LOU in favor of the Bank; and

    Whereas the Court further directed the Bank to provide countersecurity to the Owner within ten (10) days (with the parties to be free to return to the Court if there was a dispute over the form); and

    Whereas the parties are amenable to an immediate release of the vessel by this stipulation - the Owner having provided a LOU acceptable to the Bank:

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties that the arrest is hereby voluntarily withdrawn by the plaintiff, the Marshal is authorized and directed to release the vessel from restraint and to so advise the Master and Harbor Master, the Marshall is authorized to release the vessel without the need to physically travel to the vessel and can communicate this release by any means (including email and/or telephone, or communication to the vessel's agent), any guard or restraining service is hereby released and the vessel is allowed to sail at its earliest possible convenience.

By execution hereof, the parties hereby consent to this stipulation and the immediate release of the vessel.

          MAVRONICOLAS P.C.
          Attorneys for Plaintiff

By: _____
    Anthony J. Mavronicolas, Esq.
    Peter Dee, Esq.
    850- Canal St. 3rd. Floor
    Stamford, CT. 06902
    Tel: 203 314-4737
    Fax: 866-744-9005

          FREEHILL, HOGAN & MAHAR LLP
          Attorneys for Defendants

By: _____
    Peter J. Gutowski, Esq.
    80 Pine Street, 25th Floor
    New York, NY 10005-1759
    (212) 425-1900 (T)
    (212-425-1901 (F)

*Local office:*
246 Margherita Lawn
Stratford, CT 06615
(203) 921-1913

      /s/Warren W. Eginton
So Ordered: Warren W. Eginton
      Senior United States District Judge