WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.ᐃ
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*ᐃ
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°ᐃ
JUSTIN T. NASTRO*
MANUEL A. MOLINA
DANIEL J. FITZGERALD*†ᐃ
BARBARA G. CARNEVALE*
JAN P. GISHOLT†
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
WILLIAM H. YOST*
YAAKOV U. ADLER
MICHAEL J. DEHART
MATTHEW J. PALLAY*

\* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
ᐃ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA
◊ ALSO ADMITTED IN PENNSYLVANIA

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

OF COUNSEL
GEORGE B. FREEHILL
PATRICK J. BONNER*
MARK F. MULLER

June 25, 2018

Our Ref: 132-17/PJG

Honorable Warren W. Eginton
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Blvd., 2nd Floor Annex
Bridgeport, Connecticut 06604

RE:   Arab Bank (Switzerland) Ltd. v.
      SEA MASTER SHIPPING INC. et al.
      17 Civ. 469 (WWE)

-----------------------------------------------------------

Dear Judge Eginton:

We represent the Defendant/Counterclaimant vessel owner (*i.e.* Sea Master Shipping Inc.) and the Vessel itself, and write on a joint basis with counsel for the Plaintiff to provide the Court with an update on the status of this matter and the related London arbitration proceedings. Before doing so, however, and on behalf of counsel for both parties, we sincerely apologize to the Court for having neglected to provide a more timely update following our last conversation with Chambers earlier this year, and assure the Court that this will not happen again in the future.

Insofar as the case is concerned, the London arbitration proceedings remain ongoing, and currently on appeal is Owner's challenge to the arbitral panel's decision in favor of the Plaintiff Arab Bank finding a lack of jurisdiction of the arbitral panel over the Owner's entitlement to make claim against the Bank under the bills of lading for the damages it allegedly suffered in connection with the delays in discharge. That aspect of the case was just argued and a decision on that aspect is imminent. Otherwise, it is anticipated that the London proceedings may carry on there for at least another year, and in view of that, we jointly request that the Court maintain this action on the suspense calendar in accordance with the provisions of 9 USC §8.

487510.1

We thank the Court for its attention to the foregoing, would be happy to provide any additional information requested and of course would happy be happy to make ourselves available at a conference or for a conference call if the Court so directs.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

Peter J. Gutowski

cc:   VIA ECF
      Mavronicolas & Dee LLP

487510.1