

January 4, 2022

**Via ECF**
The Honorable Vanessa L. Bryant
United States District Judge
United States District Court
District of Connecticut

      Re: Arab Bank (Switzerland) Ltd. v. Sea Master Shipping
      No. 3:17-cv-00469 (VLB)

Dear Judge Bryant,

    We represent the Plaintiff, Arab Bank (Switzerland) Ltd. ("Arab Bank"), in the above-noted matter, and write, jointly with counsel for the Defendants, to update the Court on an agreed adjustment in the amount held in escrow.

    In this respect, and strictly on a without prejudice basis to the parties' respective positions in the captioned action, as well as the ongoing proceedings in London, the parties have agreed to a reduction in the amount of funds held pursuant to the escrow agreement down to One Million Eight Hundred Thousand Dollars ($1,800,000.00), with the excess being released by the escrow agent (Mavronicolas Law Group) to the Plaintiff, Arab Bank.

    Otherwise, and pursuant to the parties' prior communication to the Court, we confirm that we will update the Court on the outcome of the appeal in London as soon as that occurs.

                           Respectfully Submitted
                             Mavronicolas Law Group
                             /S/ Anthony Mavronicolas
                             By: Anthony Mavronicolas
                             850 Canal Street, 3rd Floor
                             Stamford, Ct 06902
                             (203) 4877014 phone
                             amavronicolas@mavrolaw.com

CC: ViaECF
Peter Gutowski
Freehill Hogan Mahae
(Attorneys for Defendants)